UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-21939-BLOOM/Otazo-Reyes**

LATOYLA YASHEEN COOPER-LEVY,
*et al.*,

    Plaintiffs,

v.

CITY OF MIAMI,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this case shall be held on **March 10, 2023**, at **10:00 a.m.** with Norman Gerstein via Zoom video conference. On or before **March 13, 2023**, the parties shall file a mediation report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, or whether the mediator declared an impasse. The parties may not reschedule the mediation without leave of court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 6, 2022.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record