UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CV-21939-BB

LATOYLA YASHEEN COOPER-LEVY,

PHILLIP SYLVERIN, SHERMAN RIVERS,

JOSEPH SIMMONS,

                Plaintiffs,

v.

CITY OF MIAMI,

                Defendant.

_____/

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER AND TO CONTINUE TRIAL DATE

Plaintiffs Latoyla Cooper-Levy, Phillip Sylverin, Sherman Rivers, and Joseph Simmons, and Defendant City of Miami ("the City"), file this Motion to Modify the Scheduling Order and to Continue Trial Date ("this Motion") pursuant to Fed. R. Civ. P. 16. In support, the Parties state:

1.    On January 23, 2023, this Court entered an order amending its scheduling order and certain pretrial deadlines. (ECF 29). The Court reset the expert report deadline to April 4, 2023, and required the parties to complete discovery by May 2, 2023. The Court rescheduled the case for calendar trial for August 28, 2023.

2.    In Plaintiffs' First and Second Requests for Production, Plaintiffs requested body worn camera footage ("BWC" or "BWCs") from several months of clean-up/taskforce operations that were conducted by the City. Because there are hundreds of hours of footage, it has taken the City longer than expected to review, redact, and produce the footage. The City anticipates providing a large batch of videos between April 3 and April 10, and a final batch of videos by the end of April. Once Plaintiffs receive the BWCs, Plaintiffs will need time to review the footage and provide it to

their expert for his review.

3.      In addition, the City—soon to produce its sixth rolling production and who has produced over 30,000 pages of documentary evidence at this juncture—has engaged an e-discovery firm to assist in the review and production of the documentary evidence responsive to Plaintiffs' First and Second Request for Production.

4.      The Parties are requesting a 60-day extension of the remaining deadlines in the amended scheduling order and a 60-day continuance of the trial date.

5.      The Parties have been diligently proceeding with discovery while avoiding judicial intervention. The parties have conducted nine depositions, responded to requests for production and interrogatories, conducted a premises inspection, and anticipate several depositions to be taken in April. This 60-day delay will allow Plaintiffs to review the BWC, allow their expert to review the BWC in his expert report, and offer the Parties the ability to avoid scheduling issues as to the outstanding depositions in this matter.

## MEMORANDUM OF LAW IN SUPPORT

Pursuant to Fed. R. Civ. P. 16(b)(4), "[a] schedul[ing order] may be modified only for good cause and with the judge's consent." "This good cause standard precludes modification unless the schedule cannot 'be met despite the diligence of the party seeking the extension.'" *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998) (quoting Fed. R. Civ. P. 16 advisory committee's note). The Parties have acted with diligence and have good cause for, at least, a 60-day extension of all remaining deadlines for the reasons stated above, as well as a 60-day continuance of trial. Accordingly, the Parties seek a modification of this Court's scheduling order.

## CONCLUSION

Based on the foregoing, the Parties request this Court find "good cause" to modify the

scheduling order and grant this Motion so that the remaining deadlines are extended by 60 days, including a continuance of the trial date for 60 days.

## LOCAL RULE 7.1(a)(3)(A) COMPLIANCE

The undersigned counsel file this Motion jointly and agree to the relief sought by the Motion.

Respectfully submitted,

By: */s/Jeffrey M. Hearne*
Jeffrey M. Hearne, Esq.
FL Bar No.: 512060
Jocelyn Armand, Esq.
FL Bar No.:  0044264
Legal Services of Greater Miami, Inc.
4343 W. Flagler St., Ste. 100
Miami, FL 33134
Phone: (305) 438-2403
jhearne@legalservicesmiami.org
jarmand@legalservicesmiami.org

*Counsel for Plaintiff*

VICTORIA MÉNDEZ, City Attorney
BRYAN E. CAPDEVILA, Assistant City Attorney
Attorneys for City of Miami
444 S.W. 2nd Avenue, Suite 945
Miami, FL  33130-1910
Tel.: (305) 416-1800
Fax: (305) 416-1801
Primary Email: bcapdevila@miamigov.com
Secondary Emails: smfernandez@miamigov.com

By: */s/Bryan E. Capdevila*
Bryan E. Capdevila,
Assistant City Attorney
Florida Bar No. 119286

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-cv-21939-BLOOM/OTAZAO REYES

LATOYLA COOPER-LEVY, *et al.*,

        *Plaintiffs*,

   v.

CITY OF MIAMI,

        *Defendant*.

_____/

### ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDR AND TO CONTINUE TRIAL DATE

      The Parties filed a Joint Motion to Modify the Scheduling Order and to Continue Trial Date [ECF No. 33].  Having reviewed the Motion, the Motion is **GRANTED**. The Court will enter a separate order amending scheduling order and certain pretrial deadlines.

      **DONE AND ORDERED** in Miami, Florida, this ___ day of March 2023.

 

                                 _____
                                   **BETH BLOOM**
                                   **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record