UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 22-CV-21939-BLOOM/OTAZO-REYES

LATOYLA YASHEEN COOPER-LEVY,
PHILLIP SYLVERIN, SHERMAN RIVERS,
*and* JOSEPH SIMMONS,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

**UNOPPOSED MOTION FOR LEAVE TO FILE CONVENTIONALLY**

    The Defendants, CITY OF MIAMI, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure and Southern District of Florida Local Rules, hereby file this Unopposed Motion for Leave to File Conventionally, and states:

    1.    The Plaintiffs—four individuals who were homeless during their respective incidents—seek monetary damages, an injunction, and declaratory relief based on their contention that the City unconstitutionally seized and destroyed their property at one of the City's cleanups in violation of the Fourth Amendment of the U.S. Constitution and that they were denied due process in violation of the Fourteenth Amendment of the U.S. Constitution in relation to that destruction.

    2.    Bodyworn camera footage, showing City officials interacting with homeless individuals during cleanups subsequent to their incidents, are material to the Plaintiffs' claimed-of averment that the City has a custom or practice that must be enjoined and to the City's defense against that contention.

1

3. The City seeks to submit flash drive(s) or a hard drive with the body worn camera footage, as it cannot be submitted electronically via CM/ECF.

4. Due to the electronic restrictions, the City seeks this Court's leave to file them conventionally.

5. The Plaintiffs have no objection to this motion or the relief requested herein.

WHEREFORE, the City respectfully request that this Court grant this motion.

### Certificate Of Compliance with Local Rule 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for the moving parties certifies that he has conferred via email with the Plaintiffs counsel, who advised the Plaintiffs do not oppose the relief requested.

Respectfully submitted,

VICTORIA MÉNDEZ, City Attorney
BRYAN E. CAPDEVILA,
Assistant City Attorney
*Counsel for the City of Miami*
444 S.W. 2nd Avenue, Suite 945
Miami, FL  33130-1910
Tel.: (305) 416-1800
Fax: (305) 400-5071
Email: bcapdevila@miamigov.com
Secondary Email:  ddiaz@miamigov.com

By: */s/Bryan E. Capdevila*
    Bryan E. Capdevila,
    Assistant City Attorney
    Florida Bar No. 119286
    *Counsel for the City of Miami*
    Telephone: (305) 416-3180
    Facsimile: (305) 416-3190

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I therefore certify that the foregoing document has been served on all counsel of record via transmission of a Notice of Electronic Filing (or "NEF") generated by CM/ECF. Lastly, I certify that, to my knowledge, there are no other persons in need of service via an alternative authorized method.

By: */s/Bryan E. Capdevila*
Bryan E. Capdevila
Assistant City Attorney
Florida Bar No. 119286