UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-cv-21939-BLOOM/OTAZAO REYES

LATOYLA COOPER-LEVY, *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

**[PROPOSED] ORDER GRANTING UNUPPOSED
MOTION FOR LEAVE TO FILE CONVENTIONALLY**

The Defendant, the City of Miami ("City"), filed an Unopposed Motion for Leave to File Conventionally [ECF No. 64]. Having carefully reviewed the Motion, and seeing no reason not to grant the relief requested, the unopposed Motion is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this \_\_\_ day of August 2023.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record