UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 22-CV-21939-BLOOM/OTAZO-REYES

LATOYLA YASHEEN COOPER-LEVY,
PHILLIP SYLVERIN, SHERMAN RIVERS,
*and* JOSEPH SIMMONS,

 *Plaintiffs*,

 v.

CITY OF MIAMI,

 *Defendant*.

_____/

## CITY OF MIAMI'S *UNOPPOSED* MOTION
## TO EXTEND THE PAGE LIMITATIONS

 Under Federal Rule of Civil Procedure 7 and Local Rule 7.1, the City of Miami files this unopposed motion to extend the page limitations for its imminent motion for summary judgment and statement of material facts. Under Local Rule 56.1(b), without leave, a statement of material facts cannot exceed ten pages. And Local Rule 7.1(c)(2) provides that all motions must not exceed twenty pages absent leave of court. The City is requesting a ten-page extension of the page limit to both the summary judgment motion and the statement of material facts, bringing the total page limit to thirty for the summary judgment motion and twenty for the statement of material facts. For the reasons explained below, the Court should grant this unopposed motion:

 1. The four Plaintiffs contend that the City has a custom or practice that deviates from the City's written policy and that the alleged custom or practice—spanning for years—has violated the Plaintiffs' rights and that it continues to do so. *See generally* Compl. [ECF No. 1].

 2. The record is expansive in this matter and includes deposition testimony from 18 individuals, detailing the variety of circumstances that may arise when City officials interact with homeless persons and their property, as well as determinations that must be made when it appears on-the-scene items may be contaminated, hazardous, abandoned, or simply unattended.

 3. In addition to raising those issues, the City must brief the four Plaintiffs' accounts and provide a comparative analysis of (1) the Plaintiffs' assertions, (2), the written policy's

textual language, and (3) the deposition testimony to where the City's officials adhere to the policy's text and where they have created a different protocol in their efforts to assist the homeless.

4. The City has begun drafting both documents, which are due on August 18, 2023. The draft statement of material facts currently exceeds ten pages in length with several factual matters left to be cited and detailed. Similarly, the summary judgment motion is on track to be at least twenty-five pages in length. If the City is required to stay within the page limitations, it will be prejudiced in its ability to brief this matter.

5. This motion is made in good faith, will not cause any unnecessary delay, and will in no way prejudice the Court or the Plaintiffs. Indeed, the Court will benefit from a detailed summary judgment motion and accurate statement of material facts, as doing so provides the Court with an ability to navigate the numerous factual issues pertinent to the Plaintiffs' claims of a widespread and persistent custom or practice and the dense substantive law.

**Certificate Of Compliance with Local Rule 7.1(a)(3)**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that he has conferred via email with the Plaintiffs' counsel, who advised the Plaintiffs do not oppose the relief requested.

          Respectfully submitted,

          VICTORIA MÉNDEZ, City Attorney
          BRYAN E. CAPDEVILA,
          Assistant City Attorney
          *Counsel for the City of Miami*
          444 S.W. 2nd Avenue, Suite 945
          Miami, FL  33130-1910
          Tel.: (305) 416-1800
          Fax: (305) 400-5071
          Email: bcapdevila@miamigov.com
          Secondary Email:  smfernandez@miamigov.com

          By: */s/Bryan E. Capdevila*
              Bryan E. Capdevila,
              Assistant City Attorney
              Florida Bar No. 119286
              *Counsel for the City of Miami*
              Telephone: (305) 416-3180
              Facsimile: (305) 416-3190

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I therefore certify that the foregoing document has been served on all counsel of record via transmission of a Notice of Electronic Filing (or "NEF") generated by CM/ECF. Lastly, I certify that, to my knowledge, there are no other persons in need of service via an alternative authorized method.

By: */s/Bryan E. Capdevila*
    Bryan E. Capdevila
    Assistant City Attorney
    Florida Bar No. 119286