UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-cv-21939-BLOOM/OTAZAO REYES

LATOYLA COOPER-LEVY, *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

**[PROPOSED] ORDER GRANTING UNUPPOSED
MOTION TO EXTEND THE PAGE LIMITATIONS**

The Defendant, the City of Miami ("City"), filed an Unopposed Motion to Extend the Page Limitations [ECF No. 65]. The City explained the factually detailed nature of the allegations and the various matters requiring thorough briefing for its summary judgment motion and accompanying statement of material facts.

Having carefully reviewed the Motion, and considering Plaintiffs' non-opposition to the relief requested, the Motion is **GRANTED**. Accordingly, the City's summary judgment motion may not exceed 30 pages in length and its separately filed statement of material facts may not exceed 20 pages in length.

**DONE AND ORDERED** in Miami, Florida, this ___ day of August 2023.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record