UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CV-21939-BB

LATOYLA YASHEEN COOPER-LEVY,

PHILLIP SYLVERIN, SHERMAN RIVERS,

JOSEPH SIMMONS,

        Plaintiffs,

v.

CITY OF MIAMI,

        Defendant.

_____/

**PLAINTIFFS' NOTICE OF FILING DEPOSITION TRANSCRIPTS
IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to this Court's Initial Scheduling Order (ECF 15), Plaintiffs file the following depositions in advance of their motion for summary judgment.

| Exhibit No. | Deponent | Title | Date Taken |
|---|---|---|---|
| Ex. 1 | 30(b)(6) by Natasha Colebrooke-Williams | Assistant City Manager | 7/25/2023 |
| Ex. 2 | Christian Candalier | Department of Human Services Green Shirt | 3/24/2023 |
| Ex. 3 | Conrad Chin-Quee | MPD Commander | 11/14/2022 |
| Ex. 4 | Vivian Collins<br><br>Exs. 8-12 are bodycam footage to be filed separately | MPD Officer, HEAT Team | 6/22/2023 |
| Ex. 5 | Latoyla Cooper-Levy | Plaintiff | 7/27/2023 |
| Ex. 6 | Jamille Jackson | Department of Human Services Green Shirt | 1/20/2023 |
| Ex. 7 | Leighton McClean<br><br>Exs. 5, 6 & 8 are bodycam footage to be filed separately | MPD Officer, HEAT Team | 6/21/2023 |

| Exhibit No. | Deponent | Title | Date Taken |
|---|---|---|---|
| Ex. 8 | Darren Morrison | Department of Human Services Operations Field Manager | 5/19/2023 |
| Ex. 9 | William Porro | Director, Department of Human Services | 3/10/2023 |
| Ex. 10 | Sherman Rivers | Plaintiff | 7/11/2023 |
| Ex. 11 | David Rosemond | Department of Human Services, Director, NET | 1/11/2023 |
| Ex. 12 | Wade Sanders | Director, Department of Solid Waste | 1/18/2023 |
| Ex. 13 | Joseph Simmons | Plaintiff | 7/23/2023 |
| Ex. 14 | Philip Sylverin | Plaintiff | 7/13/2023 |
| Ex. 15 | Sergio Torres | Department of Human Services, Director, Homeless Assistance Project | 12/13/2022 |
| Ex. 16 | Lazaro Trueba | Department of Human Services, Homeless Assistance Project, Special Projects Assistant | 11/9/2022 |
| Ex. 17 | Pedro Vera | MPD Sergeant, HEAT Team | 3/28/2023 |
| Ex. 18 | Odell Wiggins<br><br>Exs. 8 & 9 are bodycam footage to be filed separately | MPD Officer, HEAT Team | 6/22/2023 |

Dated: August 17, 2023

Respectfully submitted,

*Attorneys for Plaintiffs:*

/s/ *Jodi Siegel*
Jeffrey M. Hearne, Fla. Bar No. 512060
jhearne@legalservicesmiami.org
Jocelyn Armand, Fla. Bar No.44264
jarmand@legalservicesmiami.org
LEGAL SERVICES OF GREATER MIAMI, INC.
4343 W Flagler Street, Suite 100
Miami, FL 33134
Tel. / Fax : (305) 438-2403

Stephen Schnably, *Pro Hac Vice* Admission
Professor of Law
schnably@law.miami.edu
University of Miami School of Law
1311 Miller Drive, Law Lib. G472
Coral Gable, FL 33146
Tel: (305) 284-4817
Cooperating Attorney, ACLU of Florida

Jodi Siegel, Fla. Bar No. 511617
Jodi.siegel@southernlegal.org
Chelsea Dunn, Fla. Bar No. 1013541
Chelsea.dunn@southernlegal.org
SOUTHERN LEGAL COUNSEL, INC.
1229 NW 12th Avenue
Gainesville, FL 32601
Tel: (352) 271-8890
Fax: (352) 271-8347

Benjamin Waxman, Fla. Bar No. 403237
bwaxman@royblack.com
Benjiwaxman@gmail.com
BLACK SREBNICK P.A.
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131
Tel: 305-371-6421
Fax: 305-358-2006
Cooperating Attorney, ACLU of Florida

Daniel Tilley, Fla. Bar No. 102882
dtilley@aclufl.org
ACLU FOUNDATION OF FLORIDA
4343 West Flagler St., Suite 400,
Miami, FL 33134
Tel: (786) 363-2714