UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-21939-BLOOM/Torres

LATOYLA YASHEEN COOPER-LEVY,
*et al.*,

    Plaintiffs,
v.

CITY OF MIAMI,

    Defendant.
_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court upon the Defendant the City of Miami's ("City") Amended Motion *in Limine*, ECF No. [90], and Plaintiffs Latoyla Yasheen Cooper-Levy, Sherman Rivers, Joseph Simmons, and Phillip Sylverin's ("Plaintiffs") Motion *in Limine*, ECF No. [92]. This case is set for trial during the Court's two-week trial calendar beginning on January 16, 2024 at 9:00 a.m. at the United States Courthouse, 400 North Miami, Avenue, Courtroom 10-2, Miami, Florida. ECF No. [120] at 2. To conserve judicial resources, the Court will adjudicate the motions at the calendar call, which is set at 1:45 p.m. on Tuesday, January 9, 2024.

Accordingly, it is **ORDERED** that the City's Amended Motion *in Limine*, **ECF No. [90]**, and Plaintiffs' Motion *in Limine*, **ECF No. [92]**, are set for hearing at **2:00 p.m. on Tuesday, January 9, 2024**, in Miami Division, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida 33128.

Case No. 22-cv-21939-BLOOM/Torres

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 12, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record