# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-21939-BLOOM/Torres**

LATOYLA YASHEEN COOPER-LEVY,
*et al.*,

    Plaintiffs,

v.

CITY OF MIAMI,

    Defendant.

_____/

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:    Lee Packer, Administrator, South Florida Evaluation and Treatment Center, 18680 SW 376th Street, Homestead, or any other official of South Florida Evaluation and Treatment Center.

    A jury trial is scheduled to begin on Tuesday, January 16, 2024, in this case. Plaintiff Latoyla Cooper (Miami-Dade Corrections Number 220149413) is currently held at South Florida Evaluation and Treatment Center. It is necessary for Plaintiff Cooper to attend her trial.

    **NOW THEREFORE**, this is to command you in charge of the person Latoyla Cooper to deliver this person to the United States Courthouse located at 400 North Miami Avenue, Courtroom 10-2, Miami, Florida at 9:00 a.m. on Tuesday, January 16, 2024, for the purpose of appearing at her jury trial. The trial will continue day-to-day until its conclusion and Ms. Cooper will attend each day. Upon completion of the trial, it is further commanded that you return the subject with all convenient speed under safe and secure

conduct to the custody of the South Florida Evaluation and Treatment Center where she is currently held for treatment.

This Writ is entered on the authority of federal law. 28 U.S.C. § 2241(c)(5); *Ex parte Bollman,* 8 U.S. 75, 95, 98 (1807); *see also Pa. Bureau of Corrections v. U.S. Marshall Serv.*, 474 U.S. 34 (1985).

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 18, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record