UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-21939-BB

LATOYLA YASHEEN COOPER-LEVY, et al.,

    Plaintiffs,

vs.

CITY OF MIAMI,

    Defendant.

_____/

**NOTICE OF DEFENDANT CITY OF MIAMI'S PRETRIAL DISCLOSURES**

Pursuant for Fed. R. Civ. P. 26(a)(3)(A), Defendant, CITY OF MIAMI, files these pretrial disclosures about the witnesses and evidence it may present at trial:

    **A. Witnesses Defendants expects to call**

1. Natasha Colebrooke-Williams
2. Christian Candalier
3. Officer Vivian Collins
4. Commander Conrad Chin-Quee
5. Jamille Jackson
6. Officer Leighton McClean
7. Officer Darren Morrison
8. William Porro
9. David Rosemond
10. Wade Sanders
11. Sergio Torres

12. Lazaro Trueba

13. Sergeant Pedro Vera

14. Officer Odell Wiggins

15. Willie Rachel

16. Michael Frasier

17. Milton Oats

18. Willie Beails

B. **Witnesses Defendant may call if the need arises:**

1. Eugenio Munoz

2. Maurice Samuels

3. Art Noriega

4. Manny Morales

C. **Witnesses Defendant will present by deposition:**

1. William Porro if he is unable to testify

2. Any of the above listed witnesses who are unavailable.

D. **Exhibits Defendant expects to offer:**

1. City Administrative Policy No. APM-1-19 (signed by Arthur Noriega) (PL000000383-PL000000388)

2. City Administrative Policy No. APM-1-19 (signed by Emelio Gonzalez) (MIAFLA000001-MIAFLA000005)

3. City of Miami Resolution No. 10951 (PL000000191-PL000000210)

4. Departmental Order 11, Chapter 10

5. Medical Records – Joseph Simmons (PL000001124-PL000002554)

6. Florida Identification Card – Sherman Rivers

7. Photograph of Notice for Cleanup on August 2, 2021 at NW 11th Street and 3rd Avenue (PL000002597)

8. Photographs from outreach performed on August 2, 2021 at NW 11th Street and 3rd Avenue (PL000002597-PL000002599)

9. Photographs and videos during outreach performed on August 2, 2021 at NW 11th Street and 3rd Avenue

10. E-mail from Benjamin Waxman, Esq. to David Peery, et al. dated November 14, 2021 (PL000001079-PL000001080)

11. City of Miami Department of Housing and Community Development Annual Action Plan FY2022 (MIAFLA003779-MIAFLA003835)

12. Birth Certificate Application – Phillip Sylverin (PL000000005-PL000000006)

13. Homeless Assistance Presentation (PL000000244-PL000000274)

14. Department of Human Services Presentation (MIAFLA016699-MIAFLA016738)

15. Competency Evaluation for Mental Illness for Latoyla Cooper-Levy (PL000003069-PL000003079)

16. Street Clean Up & Encampment Resource Plan Executive Summary (MIAFLA016678)

17. City of Miami Street Clean Up & Encampment Resource Plan (2021) (attached to Complaint)

18. City of Miami Homeless Clean Up Plan (January 2020) (MIAFLA016786-MIAFLA016794)

19. Photographs from "Clean Up Strategy Downtown Miami"

20. Homeless Master Clean-up Log & Daily Clean Ups (DEF000107-DEF000132)

21. After-action reports produced during discovery, including photographs attached thereto

22. July 30, 2021 spreadsheet

23. Videos Produced by Plaintiffs (300000020 and 300000022)

24. Body Worn Camera Footage produced by the City of Miami during the course of discovery (MIAFLA120901-MIAFLA120911)

25. Body Worn Camera Footage – City of Miami Police Department

26. Census Count Conducted by the Homeless Trust

27. Inventory / Storage Invoices

28. Certified Conviction of Sherman Rivers – Case No. F12-021677 (Miami-Dade County, Florida)

29. Certified conviction of Sherman Rivers – Case No. F15-22957 (Miami-Dade County, Florida)

30. Certified conviction of Joseph Simmons – Case No. F12-004599 (Miami-Dade County, Florida)

31. Arrest Reports of Plaintiffs

32. Amended Spreadsheet Containing List of Info for Photos and Video

33. Plaintiffs' Responses to Interrogatories

34. Plaintiff's Responses to Request for Admissions

35. Photographs depicting items and street conditions (MIAFLA000053-MIAFLA000056)

36. Deposition Transcript of Natasha Colebrooke-Williams taken on July 25, 2023, including attached exhibits

37. Deposition Transcript of Christian Candalier taken on March 24, 2023, including attached exhibits

38. Deposition Transcript of Conrad Chin-Quee taken on November 14, 2022, including attached exhibits

39. Deposition Transcript of Vivian Collins taken on June 22, 2023, including attached exhibits

40. Deposition Transcript of Pedro Vera taken on March 28, 2023, including attached exhibits

41. Deposition Transcript of Jamille Jackson taken on January 20, 2023, including attached exhibits

42. Deposition Transcript of Leighton McClean taken on June 21, 2023, including attached exhibits

43. Deposition Transcript of Darren Morrison taken on May 19, 2023, including attached exhibits

44. Deposition Transcript of William Porro taken on March 10, 2023, including attached exhibits

45. Deposition Transcript of Odell Wiggins taken on June 22, 2023, including attached exhibits

46. Deposition Transcript of David Rosemond taken on January 11, 2023, including attached exhibits

47. Deposition Transcript of Wade Sanders taken on January 18, 2023, including attached exhibits

48. Deposition Transcript of Sergio Torres taken on December 13, 2022, including attached exhibits

49. Deposition Transcript of Lazaro Trueba taken on November 9, 2022, including attached exhibits

Respectfully submitted,

LYDECKER LLP
*Counsel for Defendant*
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone No.: (305) 416-3180
Facsimile No.: (305) 416-3190

By: /s/ *Forrest L. Andrews*
FORREST L. ANDREWS, ESQ.
Fla. Bar No. 17782
Email: fla@lydecker.com
STEPHEN HUNTER JOHNSON, ESQ.
Fla. Bar No.: 12362
Email: shj@lydecker.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document has been furnished via e-mail on **December 18, 2023** to:

Jeffrey M. Hearne, Fla. Bar No. 512060
jhearne@legalservicesmiami.org
Jocelyn Armand, Fla. Bar No.44264
jarmand@legalservicesmiami.org
LEGAL SERVICES OF GREATER MIAMI, INC.
4343 W Flagler Street, Suite 100
Miami, FL 33134
Tel. / Fax : (305) 438-2403

Stephen Schnably
Professor of Law
schnably@law.miami.edu
University of Miami School of Law
1311 Miller Drive, Law Lib. G472
Coral Gable, FL 33146
Tel: (305) 284-4817
Cooperating Attorney, Greater Miami Chapter, ACLU of Florida

Jodi Siegel, Fla. Bar No. 511617
Jodi.siegel@southernlegal.org
Chelsea Dunn, Fla. Bar No. 1013541
Chelsea.dunn@southernlegal.org
SOUTHERN LEGAL COUNSEL, INC.
1229 NW 12th Avenue
Gainesville, FL 32601
Tel: (352) 271-8890
Fax: (352) 271-8347

Benjamin Waxman, Fla. Bar No. 403237
bwaxman@royblack.com
Benjiwaxman@gmail.com
BLACK SREBNICK P.A.
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131
Tel: 305-371-6421
Fax: 305-358-2006
Cooperating Attorney, Greater Miami Chapter, ACLU of Florida

Daniel Tilley, Fla. Bar No. 102882
dtilley@aclufl.org
ACLU FOUNDATION OF FLORIDA
4343 West Flagler St., Suite 400,
Miami, FL 33134
Tel: (786) 363-2714

By:/s/ *Forrest L. Andrews*
    FORREST L. ANDREWS