**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO: 22-cv-21939-BLOOM/Otazo-Reyes

LATOYLA YASHEEN COOPER-LEVY,
*et al.,*

       Plaintiffs,

v.

CITY OF MIAMI,

       Defendant.

_____/

**PLAINTIFFS' MOTION FOR COUNSEL TO APPEAR**
**BY ZOOM VIDEOCONFERENCE FOR**
**<u>CALENDAR CALL AND MOTIONS IN LIMINE</u>**

       Plaintiffs seek leave for their two out-of-town counsel to appear by Zoom videoconference for the calendar call and motions in limine argument set for January 9, 2024, beginning at 1:45 pm. As grounds therefor, Plaintiffs state:

       1.     A jury trial in this case is set to begin January 16, 2024.

       2.     Calendar call and argument on the motions in limine are set for January 9, 2024.

       3.     Two of Plaintiffs' trial counsel are based in Gainesville, Florida, and will travel for the trial.

       4.     However, to judiciously use their time to prepare for trial and to avoid the unnecessary expenditure of resources, they seek leave to appear at the January 9 calendar call and argument by Zoom videoconference and not travel.

5.      Jeffrey Hearne is lead counsel and will appear in person along with counsel Jocelyn Armand, Stephen Schnably, and Benjamin Waxman.

6.      The Gainesville-based attorneys, Jodi Siegel and Daniel Marshall, believe that it will help them prepare for trial if they observe the January 9 calendar call and argument by Zoom videoconference.

WHEREFORE, Plaintiffs seek leave to appear January 9 by Zoom videoconference.

### LOCAL RULE 7.1(a)(3)(A) COMPLIANCE

The undersigned counsel conferred with counsel for Defendant regarding the relief requested in this motion. The City does not oppose the requested relief.

Dated: December 19, 2023          Respectfully submitted,

*Attorneys for Plaintiffs:*

*/s/ Jodi Siegel*
Jeffrey M. Hearne, Fla. Bar No. 512060
jhearne@legalservicesmiami.org
Jocelyn Armand, Fla. Bar No.44264
jarmand@legalservicesmiami.org
LEGAL SERVICES OF GREATER MIAMI, INC.
4343 W Flagler Street, Suite 100
Miami, FL 33134
Tel. / Fax : (305) 438-2403

Stephen Schnably, *Pro Hac Vice* Admission
Professor of Law
schnably@law.miami.edu
University of Miami School of Law
1311 Miller Drive, Law Lib. G472
Coral Gables, FL 33146
Tel: (305) 284-4817
Cooperating Attorney, ACLU of Florida

Jodi Siegel, Fla. Bar No. 511617
Jodi.siegel@southernlegal.org

2

Chelsea Dunn, Fla. Bar No. 1013541
Chelsea.dunn@southernlegal.org
SOUTHERN LEGAL COUNSEL, INC.
1229 NW 12th Avenue
Gainesville, FL 32601
Tel: (352) 271-8890
Fax: (352) 271-8347

Benjamin Waxman, Fla. Bar No. 403237
bwaxman@royblack.com
Benjiwaxman@gmail.com
BLACK SREBNICK P.A.
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131
Tel: 305-371-6421
Fax: 305-358-2006
Cooperating Attorney, ACLU of Florida

Daniel Tilley, Fla. Bar No. 102882
dtilley@aclufl.org
ACLU FOUNDATION OF FLORIDA
4343 West Flagler St., Suite 400,
Miami, FL 33134
Tel: (786) 363-2714