UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CV-21939-BLOOM/Torres

LATOYLA YASHEEN COOPER-LEVY,
PHILLIP SYLVERIN, SHERMAN RIVERS,
*and* JOSEPH SIMMONS,

       *Plaintiffs,*

v.

CITY OF MIAMI,

       *Defendant.*
_____/

**DEFENDANT CITY OF MIAMI'S AMENDED DEPOSITION
DESIGNATIONS FOR TRANSCRIPT OF WILLIAM A. PORRO**

Defendant, City of Miami, hereby submits its deposition designations for the deposition of William A. Porro taken on March 10, 2023:[1]

1. Page 10, line 10 – Page 16, line 8
2. Page 22, line 3 – Page 23, line 6
3. Page 23, lines 17-23
4. Page 27, lines 20-25
5. Page 28, line 18 – Page 30, line 9
6. Page 32, lines 1-10
7. Page 36, line 10 – Page 39, line 2
8. Page 43, line 18 – Page 44, line 9
9. Page 44, lines 14-23
10. Page 55, line 14 – Page 56, line 3

---

[1] Defendant reserves the right to call this witness live at trial. Defendant also reserves all objections and the right to amend and/or supplement these designations.

11. Page 56, lines 17-19

12. Page 57, lines 15-18, 22-23

13. Page 59, lines 1-25

14. Page 65, lines 10-22

15. Page 66, lines 5-8, line 17 – Page 68, line 1

16. Page 70, lines 11-24

17. Page 71, lines 5 -18

18. Page 99, lines 12-25

19. Page 131, lines 9-20

20. Page 174, lines 15-17

21. Page 174, line 19 - Page 175, lines 2, 4

Respectfully submitted,

**LYDECKER LLP**
*Counsel for Defendant City of Miami*
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone No.: (305) 416-3180
Facsimile No.: (305) 416-3190

By:   */s/Forrest L. Andrews*
STEPHEN H. JOHNSON, ESQ.
Florida Bar No. 12362
shj@lydecker.com
FORREST L. ANDREWS, ESQ.
Florida Bar No.: 17782
fla@lydecker.com
DEBBIE G. MAKEN, ESQ.
Florida Bar No. 1017427
dgm@lydecker.com
ASHLEY MORRISON, ESQ.
Florida Bar No. 112448
amorrison@lydecker.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: /s/Forrest L. Andrews
FORREST L. ANDREWS, ESQ.
Florida Bar No.: 17782

**Service List**

Jeffrey M. Hearne, Fla. Bar No. 512060
jhearne@legalservicesmiami.org
Jocelyn Armand, Fla. Bar No.44264
jarmand@legalservicesmiami.org
LEGAL SERVICES OF GREATER MIAMI, INC.
4343 W Flagler Street, Suite 100
Miami, FL 33134
Tel. / Fax : (305) 438-2403

Stephen Schnably
Professor of Law
schnably@law.miami.edu
University of Miami School of Law
1311 Miller Drive, Law Lib. G472
Coral Gables, FL 33146
Tel: (305) 284-4817
Cooperating Attorney, Greater Miami Chapter, ACLU of Florida

Jodi Siegel, Fla. Bar No. 511617
Jodi.siegel@southernlegal.org
Chelsea Dunn, Fla. Bar No. 1013541
Chelsea.dunn@southernlegal.org
SOUTHERN LEGAL COUNSEL, INC.
1229 NW 12th Avenue Gainesville, FL 32601

Tel: (352) 271-8890
Fax: (352) 271-8347

Benjamin Waxman, Fla. Bar No. 403237
bwaxman@royblack.com
Benjiwaxman@gmail.com
BLACK SREBNICK P.A.
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131
Tel: 305-371-6421
Fax: 305-358-2006
Cooperating Attorney, Greater Miami Chapter, ACLU of Florida

Daniel Tilley, Fla. Bar No. 102882
dtilley@aclufl.org
ACLU FOUNDATION OF FLORIDA
4343 West Flagler St., Suite 400,
Miami, FL 33134
Tel: (786) 363-2714