**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-CV-21939-BLOOM/Otazo-Reyes**

LATOYLA YASHEEN COOPER-LEVY,
PHILLIP SYLVERIN, SHERMAN RIVERS,
*and* JOSEPH SIMMONS,

              *Plaintiffs,*

v.

CITY OF MIAMI,

              *Defendant.*

_____/

## DEFENDANT CITY OF MIAMI'S MOTION TO DEEM INCOMPETENT AND STRIKE THE TESTIMONY OF PLAINTIFFS LATOYLA COOPER-LEVY AND JOSEPH SIMMONS

      The Defendant City of Miami (the "City") moves to strike the testimony of two Plaintiffs, Latoyla Cooper-Levy and Joseph Simmons, for their lack of competence and/or capacity to provide truthful, competent testimony. In support of its Motion, the City states as follows as to each Plaintiff it seeks to strike for incompetency or lack of capacity:

### FACTUAL BACKGROUND

**Plaintiff Latoyla Cooper-Levy**:

      (1). The Plaintiff LaToyla Cooper-Levy is presently incarcerated for attempted murder. She has been accused of kicking and stabbing a man in a wheelchair following an argument on a bus on August 26, 2022. With regard to her criminal case, on April 11, 2023, Ms. Cooper-Levy was referred for a Competency evaluation to determine her ability to proceed with trial.

      (2). Three mental health professionals evaluated Ms. Cooper-Levy. Two found her to be (temporarily) incompetent, while a third found her to be competent to stand trial. (A copy of her three mental health evaluations will be provided under seal to the court in support of this Motion).

(3). The Licensed Psychologist who first examined Cooper-Levy (on April 27, 2023) found her to be competent to proceed to trial. At that point, Cooper-Levy appeared able to inform the examiner of everyone's role in the courtroom and conveyed that she had no history of mental illness but suffered other conditions wholly unrelated to mental health. She presented as being "alert and oriented to person, time and place," despite having to be redirected to focus on the question. Ms. Cooper-Levy felt "sad[ness over her] legal situation," and appeared to have the ability to reflect on the event by saying she wished she had weed and the Bible that day on the bus.

(4). Of those psychologists who next examined Cooper-Levy *two weeks later* (on May 15, 2023 and May 30, 2023), they found her to be temporarily incompetent. They specifically found unacceptable her capacity to disclose to counsel facts pertinent to the proceedings at issue, as well as her capacity to testify relevantly. In comparison to the psychological exam taken at the end of April, Cooper-Levy was now "unable to proffer a rational explanation as to her understanding" of legal proceedings. Cooper-Levy's "history of combative and aggressive tendencies" affected her ability to be appropriate in a courtroom and her "unstable mental health difficulties impede[d] her ability to testify relevantly in a practical, clear or logical manner." Both recommended competency restoration via psychotropic medication regimen, amongst other services. One thought 6 months to be sufficient for restoration; the other a year.

The City was recently advised that Cooper-Levy has a competency determination for the week before the commencement of the underlying (civil) trial set for January 16, 2024. The City has not yet been provided with the most recent report regarding Cooper-Levy's competency.

**<u>Plaintiff Joseph Simmons</u>**:

Simmons' deposition was taken by the City's attorney on July 26, 2023. (A copy of his corrected deposition transcript is attached in support of this Motion, and hereafter will be referred

to with page, colon, line number; his name will be referenced in front of the citation only if helpful to distinguish from someone else's deposition testimony).

Throughout his deposition Simmons presented as drowsy or unresponsive in providing answers (16:21-17:4; 40:8 "are you falling asleep, Mr. Simmons?; 43:10-116; 44:19-20). The City then allowed Simmons to take a two and a half hour break to let him regain composure (44:9-12). Even after a lengthy break, Simmons continued to be out of it. (48:23-25: "I just want to let the record reflect he was—were you falling asleep, Mr. Simmons?"; 56:9-10: "I want you to get as much rest as possible and recover"; 57:21-22: "I just want the record to reflect that Mr. Simmons is really struggling here"). At other times, Simmons, instead of answering the question asked, advised the City's attorney questioning him that "he looked different now." (53:19-54:4). Even Plaintiff's counsel admitted that he saw the deponent "struggling" and continuing to depose him was not going to be "productive." (57:22; 58:1; 58:14-23: City's attorney agreeing that precious little was being obtained waiting for Mr. Simmons delayed responses to the questions).

Simmons appeared unable to identify the location where the deposition was being taken other than to say "Miami," and that he had been living in that residence for "four months." (13:16-14:16). Moreover, Simmons thought he was at Camillus House during his deposition, when, in fact, he was at his ex-wife's residence where he had been living for at least "four months." (38:7-10).[1] Thus, Simmons' confusion as space and location was apparent on the record, despite his claim that he was not under the influence of drugs or alcohol when providing testimony (12:22-25; 14:21-15:2: not appreciating differences between times and places he has lived in).

---

[1] A corrected deposition transcript was solicited by the City from the court reporter after listening to the audio recording of Simmons' testimony. The corrected transcript reflects Simmons saying that he believed himself to be at Camillus House.

Simmons' concept of time was also warped in the deposition, both as to his life history and as the underlying incidents which form the basis of the Complaint. Initially, Simmons claimed that he was born in Miami (Overtown), Florida and lived in Miami the "entire time," but then he added that he also lived in New York "five times." (24:15-22). When asked about coming back from New York to Miami, Simmons testified that "I came to Miami in 2022." (25:16-26:2). The Complaint alleges that Simmons' dentures were taken in 2021. When asked about whether he spoke to his ex-wife Audrey Dericho about the underlying case, Simmons testified he mentioned it to her "about 10 or 15 years" ago. (52:22-53:6).

Simmons could not provide a timeline or linear understanding of the incidents in question on which his suit is based. Simmons testified that his stuff was thrown away by the City "at least four times," (38:16-25), but seemed unable to discuss any incident in detail and admitted that he could not remember the location of the latter three clean-ups. (40:11-20). When asked how he knew that the City of Miami Police Department threw away his stuff, Simmons explained because "they had badges" (18:22-24) or were "doing something stupid" (49:15-24).[2]

> Q. … Did you see Miami Police Department officials throwing away your property those four times?
>
> A. No.
>
> Q. Let me say that again. I think I talked over you, I'm sorry about that. The four times Miami Police Department threw away your property, did you see them do it?
>
> A. No.

(40:24-41:7).

> Q. How do you know they threw away your property then?

---

[2] Simmons admitted he had more than five, but less than ten prior convictions, and had been previously arrested by the City of Miami police officers, of whom he was "not a fan." (30:18-25;33:8-22,34:2-3). He agreed that he could not identify any officers who took his property. (35:10-36:7).

A. I didn't actually see them do it.

…

A.  I can't say I saw them do it.

(42:3-12).

Q. What month did they throw away your property in 2020—was it 2021 or 2022?

A. 2021.

Q. Do you know what month?

A. Yeah.

Q. Could you tell me that month, please?

A. 2021.

(16:11-17; see also 54:12-56:3: suggesting 2nd of January or February, but not stating a year).

Simmons' stated ability to tell the truth and distinguish between a truth and a lie (12:1-7), is belied by parts of his deposition testimony. He initially testified that he had "no aliases" (8:6-12), but then admitted to having multiple (8) aliases (26:14-29:18). When asked why he had gone by so many names, Simmons testified that being "born and raised in Overtown" required it. (29:19-30:12). To be fair, at other times, Simmons appeared to appreciate that he had an obligation to tell the truth, and truthfully, he "did not remember signing" his interrogatory questions. (64:21-22: "don't want to lie"). Simmons' counsel then added into the record that Simmons' "vision" accounted for his inability to identify his signature. (64:25-65:15).

**Plaintiffs have No Personal Knowledge concerning the Basis for the Complaint**

Both Simmons and Cooper-Levy lack any personal knowledge as to who took their belongings. Cooper-Levy admits that she was not present during an undated May 2021 clean up when she claims one of her homeless neighbors informed her that a clean up was occurring while she "was at work." (Cooper-Levy Depo. 40:21-23; 53:16-54:4). After choosing to lead a life where their property is daily exposed to the environmental elements, unprotected from theft by fellow

homeless individuals, and subject to misplacement and loss by the vicissitudes of living without clearly demarcated boundaries, the Plaintiffs' offer hearsay and speculation to support their 42 U.S.C. §1983 action against the City of Miami as the entity allegedly responsible for the unconstitutional seizure and absence of their property.

## MEMORANDUM OF LAW

To be competent to testify, a lay witness usually must have personally perceived something (e.g., an item, act, or event) that is relevant to the lawsuit; must remember that he or she perceived something; must be able to report about the perceived item, act or event in court; and must do so while under oath or affirmation. Fed. R. Evid. 401, 602, 603. Both Cooper-Levy and Simmons are incompetent to testify at trial due to mental incapacity and because no reasonable juror could possibly believe that they, in fact, possess personal knowledge of the allegations contained in the complaint.  Therefore, Cooper-Levy and Simmons should be excluded as witnesses pursuant to Federal Rules of Evidence 601 and 602.

Here, Simmons, a bed-ridden stroke victim is unable to perceive and remember the facts of the "four" purported incidences, is unable to understand his surroundings, and is unable to communicate effectively to the jury.  As such, he is incompetent to testify under federal law, and his testimony must be excluded from trial.

Moreover, neither Cooper-Levy nor Simmons were present during the alleged clean-up operations or observed the City remove their items from a public area. (Cooper-Levy Depo. 40:21-23; 53:16-54:4) (Simmons Depo. pp.40-42);  Fed. R. Ev. 602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001) ("It is not enough for a witness to tell all she knows; she must know all she tells.").

As to Plaintiff Cooper-Levy, the City believes she is engaging in gamesmanship to be incompetent when it is convenient for her criminal trial, but to present as available and competent for the civil trial where she seeks monetary damages.

Under these circumstances, it is appropriate to condition a witness's testimony upon her agreeing to a psychiatric or psychological evaluation because of the concerns about her competency to testify. Alternatively, if the Court believes that this is an issue of credibility (not competency), then the jury must be advised of her decision to seek a psychiatric evaluation(s) in the criminal matter to be able to decide whether she is credible or competent in the civil matter.

In *United States v. Phibbs*, 999 F.2d 1053 (6th Cir. 1993), the district court opted to allow a witness to testify despite a psychiatrist's determination that this same witness would be incompetent to assist in his own defense due to mental incapacity. The district court had allowed the witness to testify without any precondition, denying the defense's request for a pretrial examination of the witness. The Sixth Circuit upheld the district court's decision allowing the testimony, noting that the district court had observed the witness McKeehan to be "sober, cogent," "to know exactly where he is and what he is doing." *Phibbs,* 999 F. 2d at 1069. His testimony was said to be "direct" and without "confus[ion]." *Id.* McKeehan's "remarkable recovery" from his psychiatrist's affidavit that he "could not help in his own defense" was "fodder for cross-examination." As applied here, if Cooper-Levy were allowed to testify, the City must be allowed to explore her gamesmanship, in addition to memory, perception and personal knowledge.

As to Plaintiff Simmons, his deposition testimony did not allow the City to understand in any meaningful way what his purported claims are. He agreed he had no recollection of signing his interrogatory answers. He agreed he did not see any officers take his stuff.  Other portions of his testimony indicate that he was not even in Miami in 2021. He was not helpful in being able to

identify any officers who purportedly took his dentures or provide any meaningful details as to any of the four incidents he claims resulted in the loss of his personal belongings by the City. His spontaneous comment that the City's attorney "looked different now" during the progression of the deposition indicates his unstable mental state.

In *Phibbs, supra,* the appellate court affirmed the district court because the "district court did not find" the witnesses "incapable of understanding their oath and obligation to testify truthfully. Nor did the court, based on its own observations, that their mental abilities were so limited that they did not have sufficient capacity to perceive events, to remember them, and to describe them for the benefit of the trier" as is required under Fed. R. Evid. 602. *Phibbs*, 999 F.2d at 1069. Here, the Defendant has been advised that Simmons won't be testifying in person, but that portions of his deposition will be read into the record. Even Simmons' deposition testimony is not competent to be placed in front of a jury. Simmons was incompetent during the vast majority of his time being deposed, both before and after the two and a half hour break, to meaningfully communicate anything. He identified eight aliases after saying he had none. He couldn't keep track of the places he had lived, and he didn't even know that he was in his ex-wife's home and believed himself to be at Camillus House. He thought he advised his ex-wife of the underlying incidences 10 or 15 years ago, despite the Complaint alleging events in 2021. Simmons was so confused that even his own attorney admitted on the record that he was "struggling," and that any further questioning of Simmons would be "unproductive." Yet, it is that stretched, incoherent and unproductive testimony that is being heralded to the jury.

There are essentially three requirements for witness competency—perception, memory and communication. Failure in these areas also provide a basis for cross examination and impeachment of a witness' credibility as well. In cases involving both a challenge to credibility and competence

8

of a conflicted witness testifying against a defendant, the district court should consider requiring the testimony of a treating physician as to competency of witnesses like Cooper-Levy and Simmons. *See Singleton v. United States*, 381 F.2d 1 (9th Cir. 1967). At the very least, this Court should provide the jury a cautionary instruction concerning the factors which compromise both Cooper-Levy's and Simmons' respective credibility. *United States v. Hicks*, 389 F.2d 49 (3d Cir. 1968) (court of appeals held that the fact that defendant's wife admitted she used narcotics, heard voices, was scheduled for a mental examination, was being supported by burglary, hated the defendant and signed a statement against defendant motivated by revenge, was a prostitute and jealous of the woman with whom defendant was friendly, did not render her incompetent to testify, where defendant was accorded his full rights when the trial court gave a cautionary instruction to the jury that it could consider such factors when determining her credibility).

Otherwise, there may be legal ramifications of allowing two persons who may be incompetent to testify in this civil trial. If the court allows Plaintiffs Cooper-Levy and Simmons to testify while purportedly incompetent, and Plaintiffs lose, then Plaintiffs have a built-in appellate issue. The issues raised here show unstable mental condition and capacity as to both Cooper-Levy and Simmons. Their competency is foundational to their ability to tell the truth and convey meaningful facts to the jury.

WHEREFORE, the City requests that Cooper-Levy and Simmons (whose deposition transcript is indicated to be used at trial) be struck as witnesses. Alternatively, if the court allows their testimony, despite what Cooper-Levy's psychologist(s)' reports indicate as to her recent (but curable) incompetence, despite Simmons' record transcription of being unresponsive to multiple questions and being unable to perceive time and space correctly, the court must give instructions to the jury regarding these same issues as being proper factors to consider for credibility. These

factors include but are not limited to-- the gamesmanship of being incompetent for the criminal trial but competent now for the civil, the drug use, unstable mental condition of both, the inability to discern time and space for Simmons, not having personal knowledge.

Respectfully submitted,

**LYDECKER LLP**
*Counsel for Defendant City of Miami*
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone No.: (305) 416-3180
Facsimile No.: (305) 416-3190

By:   */s/Forrest Andrews*_____
STEPHEN H. JOHNSON, ESQ.
Florida Bar No. 12362
shj@lydecker.com
FORREST L. ANDREWS, ESQ.
Florida Bar No.: 17782
fla@lydecker.com
DEBBIE G. MAKEN, ESQ.
Florida Bar No. 1017427
dgm@lydecker.com
ASHLEY MORRISON, ESQ.
Florida Bar No. 112448
amorrison@lydecker.com

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on January 8, 2023, a true and correct copy of the foregoing has been furnished electronically via a CM/ECF generated service e-mail on all parties registered to receive service in that manner and the following listed on the Service List below.

BY:   */s/Forrest Andrews*_____
FORREST ANDREWS, ESQ.
Florida Bar No. 17782

**Service List**

**Benjamin Samuel Waxman**
Benjamin Waxman LLC
77 Harbor Drive, #8
Miami, FL 33149
Telephone: 305-985-5000
Email: *benji@benjaminwaxmanlaw.com*

**Chelsea Lee Dunn**
**Jodi Lynn Siegel**
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, FL 32601
Telephone: 352-271-8890
Fax: 271-8347
Email: *chelsea.dunn@southernlegal.org*
        *jodi.siegel@southernlegal.org*

**Daniel Boaz Tilley**
ACLU Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, FL 33134
Telephone: 786-363-2714
Fax: 786-363-1257
Email: *dtilley@aclufl.org*

**Jocelyn Lourdes Jauregui**
Legal Services of Greater Miami
10720 Caribbean Boulevard, Suite 400
Miami, FL 33189
Email: *JJauregui@lsgmi.org*

**Stephen J. Schnably**
University of Miami School of Law
Professor of Law
1311 Miller Drive
Coral Gables, FL 33146
Telephone: 305-284-4817
Email: *schnably@law.miami.edu*

**Jeffrey Martin Hearne**

Legal Services of Greater Miami
4343 W. Flagler St., Suite 100
Miami, FL 33134
Telephone: 305-438-2403
Fax: 305-438-2403
Email: *jhearne@legalservicesmiami.org*

*Counsels for Plaintiff, Latoyla Yasheen Cooper-Levy,*
*Phillip Sylverin, Sherman Rivers, and Joseph Simmons*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-21939-BB


LATOYLA YASHEEN COOPER-LEVY,
PHILLIP SYLVERIN, SHERMAN RIVERS,
JOSEPH SIMMONS,

      Plaintiff,

vs.

CITY OF MIAMI,

      Defendant.
_____/




DEPOSITION OF JOSEPH SIMMONS
TAKEN ON BEHALF OF THE DEFENDANT
JULY 26TH, 2023
9:30 A.M. TO 1:40 P.M.

15131 TYLER STREET
MIAMI, FLORIDA 33178




REPORTED BY:
MICHELLE VILLALOBOS, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



877-291-3376
www.ucrinc.com

LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023

Pages 2..5

**Page 2**

```
 1                APPEARANCES OF COUNSEL
 2  ON BEHALF OF THE PLAINTIFF:
 3      BENJAMIN SAMUEL WAXMAN, ESQUIRE
        BENJAMIN WAXMAN LLC
 4      77 HARBOR DRIVE, #8
        MIAMI, FLORIDA 33149
 5      305-985-5000
        BENJI@BENJAMINWAXMANLAW.COM
 6
        STEPHEN J. SCHNABLY, ESQUIRE
 7      UNIVERSITY OF MIAMI SCHOOL OF LAW
        1311 MILLER DRIVE
 8      CORAL GABLES, FLORIDA 33146
        305-284-4817
 9      SCHNABLY@LAW.MIAMI.EDU
10      JODI LYNN SIEGEL, ESQUIRE
        SOUTHERN LEGAL COUNSEL
11      1229 NORTHWEST 12TH AVENUE
        GAINESVILLE, FLORIDA 32601
12      352-271-8890
        JODI.SIEGEL@SOUTHERNLEGAL.ORG
13
        CHELSEA LEE DUNN, ESQUIRE
14      SOUTHERN LEGAL COUNSEL
        1229 NORTHWEST 12TH AVENUE
15      GAINESVILLE, FLORIDA 32601
        352-271-8890
16      CHELSEA.DUNN@SOUTHERNLEGAL.ORG
17      JOCELYN J. ARMAND, ESQUIRE
        LEGAL SERVICES OF GREATER MIAMI
18      4343 WEST FLAGLER SUITE 100
        MIAMI, FLORIDA 33134
19      305-438-3809
        JJAUREGUI@LEGALSERVICESMIAMI.ORG
20
    ON BEHALF OF THE DEFENDANT:
21
        BRYAN E. CAPDEVILA, ESQUIRE
22      OFFICE OF THE CITY ATTORNEY
        444 SOUTHWEST 2ND AVENUE, SUITE 945
23      MIAMI, FLORIDA 33130
        305-416-1800
24      BCAPDEVILA@MIAMIGOV.COM
25
```

**Page 4**

```
 1                 INDEX OF EXHIBITS
 2  EXHIBIT        DESCRIPTION              PAGE
 3  EXHIBIT A      PLAINTIFF'S RESPONSE TO
                   INTERROGATORIES          58
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1             INDEX OF EXAMINATION
 2  WITNESS:  Joseph Simmons
                                          PAGE
 3  DIRECT EXAMINATION
        By Bryan E. Capdevila, Esquire      5
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
 1       DEPOSITION OF JOSEPH SIMMONS
 2            JULY 26, 2023
 3  Thereupon:
 4        JOSEPH SIMMONS,
 5  was called as a witness, and after having been first
 6  duly sworn, testified as follows:
 7        THE COURT REPORTER:  We are now on the record.
 8  Today's date is July 26th, 2023, and the time is
 9  approximately 09:39 a.m.
10       We are here for the deposition of Joseph
11  Simmons in the matter of Latoyla Yasheen Cooper-
12  Levy, Phillip Sylverin, Sherman Rivers, Joseph
13  Simmons v. the City of Miami, the Case Number 22-
14  CV-21939-BB, United States District Court Southern
15  District of Florida.
16       Our current location is 15131 Tyler Street,
17  Miami, Florida 33178.
18       The Court Reporter is Michelle Villalobos with
19  Universal Court Reporting.
20       Would Counsels please introduce themselves for
21  the record?
22       MR. WAXMAN:  Good morning.  This is Benjamin
23  Waxman on behalf of Mr. Simmons and the Plaintiffs.
24       MR. CAPDEVILA:  Bryan Capdevila on behalf of
25  the City of Miami.  And observing I believe I have
```



LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023

Page 6

1    an intern and the Deputy of Litigation, Kevin
2    Jones.
3        MR. WAXMAN:  And we have joining by Zoom as
4    well Jody Siegel, Steven Schnably, Chelsea Dunn,
5    and Jocelyn Armand on behalf of the Plaintiffs.
6            DIRECT EXAMINATION
7    BY MR. CAPDEVILA:
8        Q    Good morning, Mr. Simmons.  Do -- would you
9    prefer I call you Mr. Simmons or Joe?
10       A    You can call me either one, Simmons or Joe.
11       Q    Okay.  If at any point today you need me to
12   speak a little louder, I'll do my best to do so that
13   will probably be easy for me to speak loudly.  But if
14   you want me to speak quieter, I'm also happy to do that
15   as well, okay?
16       A    All right.
17       Q    So, I'm going to do some basic introduction
18   into what a deposition is and the kind of process that
19   we're -- is -- that's happening right now.  I'm sure
20   your attorney has explained it to you.  But before we
21   dive there, could you please state your name for the
22   record?
23       A    My name is Joseph Simmons.
24       Q    Okay.  And what is your date of birth?
25       A    March 7th, 1960.

Page 7

1        Q    One moment.
2            MR. CAPDEVILA:  Did you get that?  It's okay?
3            THE COURT REPORTER:  March 7th, 1960?
4            THE WITNESS:  Yes, ma'am.
5    BY MR. CAPDEVILA:
6        Q    Okay.  Do you have any nicknames?
7        A    No.
8            MR. WAXMAN:  Object to the form.  I don't know
9    what a nickname is.
10   BY MR. CAPDEVILA:
11       Q    Do you have any aliases?
12       A    No, sir.
13       Q    Okay.  All right.  Have you ever been deposed
14   before?
15       A    Yes.
16       Q    When was that?
17       A    In 1996.
18       Q    Okay.  Was that for a criminal case or a civil
19   case?
20       A    A criminal.
21       Q    Okay.  Were you a witness in that case?
22       A    No.
23       Q    Were you the Defendant in that case?
24       A    -- I think so -- yes.
25       Q    Okay.  So, just to --

Page 8

1            THE COURT REPORTER:  I'm sorry, I did not get
2    that.
3            MR. CAPDEVILA:  I was going to confirm that,
4    yeah.
5            THE COURT REPORTER:  Okay.
6    BY MR. CAPDEVILA:
7        Q    So, just to confirm you were -- you testified
8    in a criminal case as the Defendant in that case?
9        A    Yes.
10       Q    Okay.  So, this is where I talk about what a
11   deposition is and making sure we cover the transcription
12   etiquette is what I sometimes refer to it as.  I have a
13   feeling in this particular deposition we're not going to
14   have too many of those problems of talking over each
15   other.  But a deposition is what I sometimes tell people
16   is an awkward conversation.  It's where I ask questions
17   and you provide answers.  Do you understand that?
18       A    Yes, sir.
19       Q    Okay.  You're going to have to answer
20   questions verbally, gestures and -- such as nods and
21   making sounds like um-hum, uh-huh may not capture
22   exactly what you intend.  So, to the best of your
23   ability please verbalize your answers.
24       A    Yes, sir.
25       Q    Thank you.  If you don't understand a

Page 9

1    question, please let me know.  I'm not a perfect person,
2    so I'm happy to try to rephrase it to the best of my
3    ability.  And I'm sure your Counsel will object to some
4    of my questions and he -- you know, he may not like the
5    exact wording or -- and he is going to help me maybe
6    rephrase it in a better way.
7            Unless your counsel tells you not to answer
8    me, you have to answer my questions.  So, even if he
9    lodges an objection, you have to answer unless he tells
10   you not to.  Do you understand that?
11       A    Yes, sir.
12       Q    Okay.  If you need to take a break for food,
13   water, the restroom, or you're tired, please let me know
14   and we're going to try to make some accommodations
15   because of your particular situation, and this is --
16   it's not common that I do a deposition under these
17   circumstances.  So, I'm going to be extremely lenient
18   with the accommodations you may need, sir.
19           So, do you understand that you can ask me for
20   food, water, the restroom at any time?
21       A    Yes, sir.
22       Q    And you can take long breaks even.  I'm
23   perfectly happy to do that.  Do you understand that?
24       A    No problem.
25       Q    Thank you so much.  I know you had a medical

LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023                    Pages 10..13

Page 10

1  incident several months ago, but -- and would you agree
2  with me that as long as I give you those frequent breaks
3  for food, water --
4    A  I could make it.
5    Q  Pardon?
6    A  I could make it.
7    Q  Okay.  So, you would agree with me that as
8  long as you get those frequent breaks, you can make it
9  through this today's deposition?
10   A  Yes, sir.
11   Q  Okay.  And you would agree with me that with
12 those frequent breaks, you're going to answer to the
13 best of your ability?
14   A  Yes, sir.
15      MR. CAPDEVILA:  I'm just trying.  It's an
16 unusual -- please give me a little leeway here.
17 Thank you, Benjamin.
18 BY MR. CAPDEVILA:
19   Q  All right.  So -- and now before -- you know,
20 before I actually get into the background stuff, I may
21 ask you questions that you think are dumb.  Please don't
22 hold that against me.  I'm just trying to go down a list
23 here.
24   A  Okay.
25   Q  And I'm just trying to do what my job requires

Page 11

1  of me.  And one of those questions is, do you understand
2  the difference between the truth and a lie?
3    A  Yes.
4    Q  Okay.  So, now that I know you understand that
5  difference, you also have the ability to tell the truth,
6  correct?
7    A  Yes.
8    Q  Are you under the influence of any medications
9  today which may affect your ability to testify?
10   A  No.
11   Q  Okay.  So, none that would affect your ability
12 to testify truthfully?
13   A  Yes.
14   Q  Same question.  What about alcohol?  Let me
15 try that again.  So, would you agree that you're not
16 under the influence of any alcohol or drugs today?
17   A  No.
18   Q  You don't agree or you do agree?
19   A  I don't agree.  I'm not under no medications.
20   Q  Oh, medications, no drugs and no alcohol,
21 correct?
22   A  No drugs, no alcohol.
23   Q  Could you repeat that answer one more time?
24   A  I'm not under no medication that would stop me
25 from answering the truth.

Page 12

1      MR. CAPDEVILA:  Do -- does the Court Reporter
2  need a --
3      THE COURT REPORTER:  Yes, I do.
4      MR. CAPDEVILA:  Okay.  One moment.
5  BY MR. CAPDEVILA:
6    Q  So, let me try that again.  You -- do you
7  agree that you're not under the influence of alcohol?
8    A  No, I am not under the -- no alcohol.
9    Q  Okay.  And no drugs, correct?
10   A  No drugs.
11   Q  Okay.  Thank you.  So, where are we today?
12   A  We are in Miami, Florida.
13   Q  Okay.  Do you know the address of where we are
14 right now?
15   A  Let me think.
16   Q  Take your time.  Are we in North Miami, South
17 Miami, or do you have an approximation of where we are?
18   A  Yeah.
19   Q  What's that approximation?
20   A  We're at 2100 -- Drive.
21   Q  Okay.
22      THE COURT REPORTER:  I apologize.  Were you
23 able to get that?
24      MR. CAPDEVILA:  Did you?
25      THE COURT REPORTER:  I did not.

Page 13

1      MR. CAPDEVILA:  Okay.
2  BY MR. CAPDEVILA:
3    Q  What -- did you say Marine Drive?
4    A  --
5    Q  Could you spell that to the -- if you can?
6    A  Yeah, --.
7    Q  M-O-R-I-T-Z is that --
8    A  Uh-Uh, --.
9    Q  Okay.  I'll move on for now.  Do you know --
10 do you know whose house we are in right now?
11   A  Not really.
12   Q  Okay.  Do you know how many months you've been
13 in this residence?
14   A  Almost four months.
15   Q  Was that four months?
16   A  Yeah.
17   Q  Okay.  Where were you before?
18   A  I was at -- hospital.
19   Q  You were at a hospital, is that right?
20   A  Yeah.
21   Q  Okay.  Before the hospital where did you live?
22   A  I lived in the hospital across the street.
23   Q  You were in the hospital for how long?
24   A  Across the street.
25   Q  Oh, you lived across the street from the



LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023          Pages 14..17

Page 14

1  hospital, is that right?
2      A   I lived across the street and the hospital.
3      Q   Okay.  Do you know what this case -- let me
4  back up.  Do you understand that you brought a lawsuit?
5      A   Yeah.
6      Q   Is that your attorney to the left of you?
7      A   Huh?
8      Q   Is that your attorney to the left of you right
9  now?
10     A   Yeah.
11     Q   Okay.  Do you understand what your case is
12  about?
13     A   Yeah.
14     Q   Could you try to tell me to the best of your
15  ability what your case is about?
16     A   They took my property, they took all my stuff
17  out all my stuff and thrown it away.
18     Q   So, you're saying -- correct me if I'm wrong,
19  you said they took my property, they discarded my stuff,
20  is that right?
21     A   Yeah.
22     Q   And by -- who is they?
23     A   The City of Miami Police Department.
24     Q   The City of Miami Police Department is the one
25  that threw it away?

Page 15

1      A   Yeah.
2      Q   Okay.  And during that time were you homeless?
3      A   Yes.
4      Q   Where did you live at that time?
5      A   I lived on the sidewalk under the tree.
6      Q   Okay.  And just to be clear, are we talking
7  about something that happened in 2021 or 2022?
8      A   2021, not 2022.
9      Q   Do you know what month?
10     A   Yeah.
11     Q   What month did they throw away your property
12  in 2020 -- was it 2021 or 2022?
13     A   2021.
14     Q   Do you know what month?
15     A   Yeah.
16     Q   Could you tell me that month, please?
17     A   2021.
18     Q   Okay.  So, thank you for telling me the year.
19  Do you know what month in that year it was?  You can
20  take your time.
21         Mr. Simmons, so I'm going to ask the question
22  one more time because it seems like you're a little
23  tired right now.  Do you remember what month you fell
24  asleep -- or not fell asleep, sorry, what month the
25  incident in your complaint is about in 2021?

Page 16

1      A   2021.
2      Q   Okay.  So, is it fair to say you don't
3  remember if it was September, August, October?
4      A   I told you it happened in 2021.
5      Q   Okay.  So, you know it was in 2021.  I'll move
6  on.  How many years would you say were you homeless?
7      A   I was homeless for like 21 years.
8      Q   Okay.  Were you homeless on and off or -- for
9  all of those 21 years?
10     A   21 on and off.
11     Q   Okay.  When you were homeless and living on
12  the sidewalk, did you stay at the same location or did
13  you move around?
14     A   I moved around.
15     Q   Could you tell me some of those locations?
16     A   Okay.  Basically, the main was 20th Street --
17  what street am I on now?
18     Q   Do you have any landmarks by 20th Street?
19     A   Yeah, the Miami Rescue Mission.
20     Q   The Miami Rescue Mission?
21     A   Yeah.
22     Q   Anywhere else that you remember?
23     A   1901 Northwest right there.
24     Q   Okay.  Did you ever live near 7 and 10?
25     A   Yeah.

Page 17

1      Q   And that -- were you under the bridge is what
2  you said earlier?
3      A   Yeah.
4      Q   So, to the best of your recollection, could
5  you describe what happened that day?
6          MR. WAXMAN:  Object to the form.  I don't know
7      what day.
8          MR. CAPDEVILA:  Apology.  The -- thank you,
9      that was a good objection.
10  BY MR. CAPDEVILA:
11     Q   What I mean by that is -- and let me try to do
12  this a little better.  You said that the Miami Police
13  Department threw away your property, correct?
14     A   Yeah.
15     Q   And it was in 2021 that they did that?
16     A   Yeah.
17     Q   And that was one time in particular that
18  you're thinking of, correct?
19     A   Yeah.
20     Q   And that was in by 7 and 10?
21     A   Yeah.
22     Q   Okay.  How do you know it is the Miami Police
23  Department that threw away your property?
24     A   Because they got badges City of Miami.
25     Q   They had badges --



LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023          Pages 18..21

Page 18

1    A   Yeah.
2    Q   -- from the City of Miami is what you said,
3    correct?
4    A   Yeah.
5    Q   Were there any other employees from the City
6    that were present?
7    A   Yeah, a lot of people.
8    Q   Do you know which departments were present?
9    A   City of Miami.
10   Q   The City of Miami, Miami Police Department,
11   but were the green shirts present?
12   A   The green shirts.
13   Q   So again, at the event at 7 and 10 under the
14   bridge, are you familiar -- were green shirts present?
15   A   Yes.
16   Q   And when I say green shirts what does that
17   mean to you?
18   A   That means they had on green shirts.
19   Q   Okay.  And is that a -- what is their job on
20   the field when you see them?
21       MR. WAXMAN:  Object -- basis of knowledge,
22   objection, form.
23       MR. CAPDEVILA:  Sure.
24   BY MR. CAPDEVILA:
25   Q   Do you know -- do you know -- what has been

Page 19

1    your interactions with green shirts?  Have you had any
2    interactions with green shirts?
3    A   Green shirts with people who they wear green
4    shirts, they got responsibility to the homeless.
5    Q   What do they do with the homeless?
6    A   They're supposed to have responsibility to
7    make sure they look out for the homeless.
8    Q   You said the green shirts look out for the
9    homeless?
10   A   They're supposed to.
11   Q   They're supposed to.  Understood.  So, you
12   said the green shirts are supposed to look out for the
13   homeless?
14   A   Yeah.
15   Q   Do you have any reason to say do they not look
16   out for the homeless?
17   A   They're supposed to look out for the homeless,
18   but they're sometimes supposed to look out for the
19   homeless.  They're supposed to show them respect and
20   love.
21   Q   They're supposed to show respect and love is
22   what you said?
23   A   Yeah.
24   Q   How do they not show respect and love?
25   A   I said they're supposed to.

Page 20

1    Q   Do they show respect and love?
2    A   They're supposed to, but not all the time.
3    Q   Okay.  Thank you so much.  I understand
4    they're supposed to.  Could you help me understand, do
5    they show that respect and love?
6    A   No.
7    Q   Oh, got it.  Thank you.
8    A   They --.
9    Q   But they was the Miami Police Department you
10   said?
11   A   Yeah.
12   Q   Okay.  And how -- do you know the name Audrey
13   Dericho or Delrico?
14   A   Audrey Dericho, yes.
15   Q   Oh, Dericho.  Thank you for the assistance
16   there.  How long have you known her?
17   A   I've known her for 35 years.
18   Q   Okay.  Did -- so, you met her before you were
19   homeless then, correct?
20   A   Yes.
21   Q   Do you have any children with her?
22   A   Yeah, one.
23   Q   How old is she?
24   A   My daughter 39 years old.
25   Q   Does Ms. Audrey Dericho help you pay for your

Page 21

1    medical treatment?
2    A   Yeah, yeah.
3    Q   And is she paying for this residence to your
4    knowledge?
5    A   Yeah.
6    Q   Okay.
7    A   Yes.
8    Q   She also helps you with food?
9    A   Yes.
10   Q   And by help I mean pays for it, do you agree
11   with that?
12   A   I what?
13   Q   That she when I said helps, I meant that she
14   pays for the food and water and all that.
15   A   Yeah.
16   Q   Thank you.  What is your highest level of
17   education?
18   A   Teaching school, she went to college.
19   Q   Oh, sorry, I meant for yourself.  Thank you
20   for clarifying.  What is your highest level of
21   education?
22   A   I went to college too.
23   Q   Oh, okay.  Where did you study?
24   A   I studied math and science, social studies.
25   Q   Do you know the name of the college or



LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023                     Pages 22..25

Page 22

1 university?
2    A   I went to -- I went to Miami-Dade Community
3 College.
4    Q   Okay.  Did you attend the Kendall campus or
5 the one downtown?
6    A   I went to Kendall campus.
7    Q   To the Kendall Campus?  Okay.
8    A   Yeah.
9    Q   Other than speaking with your attorneys, how
10 did you prepare for today's deposition?  Mr. Simmons,
11 sorry about that.  Other than speaking with your
12 attorneys, how did you prepare for today's deposition?
13       MR. WAXMAN:  Object to the form.
14       MR. CAPDEVILA:  May I ask what the issue is?
15       MR. WAXMAN:  Yeah, just make it one thing
16    instead of other than just -- you can just say how
17    did you prepare for your -- I'm just trying to
18    simplify.  It's like you kind of --
19       MR. CAPDEVILA:  Oh, I'm just trying to make
20    sure there is no objection to privilege on that
21    that's why.
22       MR. WAXMAN:  No.
23       MR. CAPDEVILA:  Okay.
24 BY MR. CAPDEVILA:
25    Q   How did you prepare for today's deposition?

Page 23

1    A   How did I prepare?
2    Q   Um-hum.  Would you like me to try to ask the
3 question in a different way?
4    A   Yeah.
5    Q   Sure.  Did you look at any documents for
6 today?
7    A   No.
8    Q   Did you speak with anybody in the last 48
9 hours about today?
10    A   No.
11    Q   So, you're doing today's deposition based
12 entirely on your recollection, correct?
13    A   Yeah.
14    Q   Okay.  Where were you born, Mr. Simmons?
15    A   I was born in Miami, Florida.
16    Q   Have you resided in Miami, Florida the entire
17 time?
18    A   Yeah.
19    Q   Did you ever live in New York State?
20    A   Yeah.
21    Q   Okay.
22    A   I lived in New York five times.
23    Q   When did you live in New York?
24    A   I lived in New York five times.
25    Q   So, you would live in Miami and then move to

Page 24

1 New York and go back and forth?
2    A   No.
3    Q   What do you mean by lived in New York five
4 times?
5    A   Like I would live in New York, I lived in
6 Harlem.  Then when I moved from Harlem --.
7       MR. CAPDEVILA:  Did the Court Reporter get
8    that?
9       THE COURT REPORTER:  I got like I lived in New
10    York, like I lived in Harlem, then I moved from
11    Harlem to -- I did not get what island and to --
12    and then I heard river, but I didn't get the name
13    for either.
14       MR. CAPDEVILA:  Okay.
15 BY MR. CAPDEVILA:
16    Q   How long have you lived in Miami?
17    A   I lived in New York five times.
18    Q   Thank you.  I asked for Miami.  How long have
19 you lived here?
20    A   I lived in New York for about -- and then I
21 come to Miami -- in Miami.
22       THE COURT REPORTER:  I'm sorry, I did not get
23    that.  I got I lived in New York for about -- and
24    then I came to Miami.
25 BY MR. CAPDEVILA:

Page 25

1    Q   Do you know what year you came to Miami?
2    A   I came to Miami in 2022.
3       MR. WAXMAN:  Can we go off the record for a
4    minute?
5       MR. CAPDEVILA:  Absolutely.
6       THE COURT REPORTER:  Off the record, 10:07
7    a.m.
8       (Thereupon, a short discussion was held off
9       the record.)
10       (Deposition resumed.)
11       THE COURT REPORTER:  Back on the record, 10:08
12    a.m.
13 BY MR. CAPDEVILA:
14    Q   Mr. Simmons, have you ever gone by the name
15 Henry Bromwell?
16    A   No.
17    Q   Have you ever gone by the name Corey Dericho?
18    A   Yeah.
19    Q   When was that?
20    A   Back in like five years ago.
21    Q   Five years ago?  Have you ever gone by the
22 name Cornelius Dericho?
23    A   Yes.
24    Q   When was that?
25    A   About a year ago.

LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023          Pages 26..29

Page 26

1   Q   Have you ever gone by the name Jabon Dericho?
2   A   Yes.
3   Q   When was that?
4   A   About a year ago.
5   Q   What about Jerome Dericho?
6   A   That was 10 years ago.
7   Q   Okay.  Have you ever gone by the name Jeffrey
8   Fuller?
9   A   No.
10  Q   You ever gone by the name Donald Jones?
11  A   Donald Jones.
12  Q   Is that a yes?
13  A   Yeah, Donald.
14  Q   Um-hum.  When was that?
15  A   About a year ago.
16  Q   Have you ever gone by the name Bobby Sadana
17  Carsons?
18  A   No.
19  Q   Okay.  Have you ever gone by Cedric Keith
20  Simmons?
21  A   Yeah.
22  Q   When was that?
23  A   About maybe two years ago.
24      THE COURT REPORTER:  And I'm sorry, just to
25  clarify for the record, he said about two years

Page 27

1   ago?
2   BY MR. CAPDEVILA:
3   Q   You said two years ago, right?
4      MR. WAXMAN:  Yes.
5      MR. CAPDEVILA:  All right.  We'll stipulate to
6   that.
7   BY MR. CAPDEVILA:
8   Q   You ever gone by the name Ronnie Simmons?
9   A   Yeah.
10  Q   And when was that?
11  A   About three years ago.
12  Q   Okay.  Steven Williams ever used that name?
13  A   Yeah --
14  Q   When was that?  I apologize, I spoke over you.
15  That was yes to Steven Williams, correct?
16  A   Yes.
17  Q   And how many years ago was that?
18  A   About maybe two years ago --
19  Q   Two years ago.
20  A   Yeah I think two years ago.
21      THE COURT REPORTER:  And I'm sorry to
22  interrupt.  I don't know if the record is going to
23  pick up the outside conversations with the
24  recorders.
25      MR. CAPDEVILA:  Okay. Could I take a five

Page 28

1   minute break?  I just want to make a quick phone
2   call.
3      MR. WAXMAN:  Yes.
4      MR. CAPDEVILA:  I want to phone a friend.
5      THE COURT REPORTER:  Off the record at 10:11
6   a.m.
7      (Thereupon, a short discussion was held off
8      the record.)
9      (Deposition resumed.)
10     THE COURT REPORTER:  Back on the record, 10:15
11  a.m.
12  BY MR. CAPDEVILA:
13  Q   All right.  So, Mr. Simmons, one of the last
14  things we talked about was some of the different names
15  you've used over the years, like, Corey Dericho,
16  Cornelius Dericho, Jabon Dericho, Jeffrey Fuller, Donald
17  Jones, Cedric Keith Simmons, Ronnie Simmons, Steven
18  Williams.  Why do you have so many names?
19  A   I was born and raised in Overtown.
20  Q   Okay.
21     THE COURT REPORTER:  And I'm sorry.
22  BY MR. CAPDEVILA:
23  Q   Did you say that you were born and raised in
24  Overtown?
25  A   Yes.

Page 29

1   Q   Okay.  So, you had additional names because
2   you were born in Overtown is that what you're saying?
3   A   I had alias.
4   Q   Any other reason why you would use so many
5   names?  Let me rephrase that.  Any reason why you used
6   more than one name?
7   A   --.
8   Q   I didn't quite catch that.  Could -- let me
9   try asking that question one more time.  Is there any
10  reason why you have more than one name that you use?
11  A   I was born and raised in Overtown, so Overtown
12  uses a lot of names.
13  Q   And you kept using them over the last few
14  years?
15  A   Yeah.
16  Q   Do you have any prior convictions?
17  A   I told you already, yes.
18  Q   Oh, okay.  Could you approximate how many
19  prior convictions you have?  More or less than five?
20  A   They're more than five.
21  Q   More than 10.  Do you remember if you have
22  more than 10?
23  A   Less than 10.
24  Q   Less than 10?
25  A   Yeah.

LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023                                       Pages 30..33

Page 30

1  Q   Okay.  Have you ever been arrested by a City
2  of Miami police officer?
3  A   Yes.
4  Q   Do you remember when you were last arrested by
5  a City of Miami police officer?
6  A   Yeah.  Let me see what year that was.  Yeah.
7  Q   What year was that again?
8      MR. WAXMAN:  Bryan, I'm just going to make
9  this suggestion one more time, just like I
10  understand that you're now going through
11  convictions, arrests maybe it's to test his memory.
12  But again, I think you've done that already.  And I
13  just think that at this point again to -- for the
14  sake of expediency and to lessen the obvious burden
15  on Mr. Simmons that you just get to the heart of
16  your -- the claims and the complaint that
17  presumably you want to ask him questions about.
18      I'm just -- like I said, I understand what
19  you're trying to do.  I think you've accomplished a
20  lot of what you want to do about background.  And
21  I'm just suggesting that you move on to the main
22  questions about the incident.
23      MR. CAPDEVILA:  I'm really trying to get
24  there.  I just -- I'm giving him as much time as he
25  needs to answer the question.  I'm doing --

Page 31

1  obviously, these are kind of boilerplate standard
2  questions that any deposition may have.
3      MR. WAXMAN:  I know and I'm -- and all I'm
4  suggesting is that we get past the boilerplate
5  standard questions and that you get to the heart of
6  the matter.
7      MR. CAPDEVILA:  Okay.  Well, that's why I'm
8  willing to take frequent breaks.  I'm going to do
9  what I can to get there, okay?
10     MR. WAXMAN:  Okay.
11     MR. CAPDEVILA:  As you see I'm trying to treat
12  this with as much patience, kindness, and dignity
13  as I can.  And it's very unusual circumstances.
14     MR. WAXMAN:  Okay, okay.  I get -- yeah, I
15  understand that.
16     MR. CAPDEVILA:  We're on the same page.  I'm
17  trying to get there.
18     MR. WAXMAN:  Okay.
19  A   And I appreciate it.
20  BY MR. CAPDEVILA:
21  Q   Thank you so much, I really do.  And would you
22  agree that I've been patient with you, sir?
23  A   Yeah.
24  Q   Okay.  Thank you.
25  A   I don't know if you're familiar with what a

Page 32

1  stroke is.
2  Q   I am -- I personally am familiar with more --
3  the most severe where someone can't speak and less
4  severe where someone is not in your situation.  And I'm
5  really sorry and that -- but you have to be going
6  through this and that's why I'm trying to move as
7  quickly as I can.
8      But -- so, is it fair to say you have been
9  arrested by a City of Miami police officer, but you
10  don't exactly remember the year?
11  A   Yeah, I remember I've been arrested by City of
12  Miami Police.
13  Q   You have been arrested by a City of Miami
14  police officer?
15  A   Yeah.
16  Q   Okay.  But -- and would you -- was it in the
17  last five years?
18  A   Yeah.
19  Q   Okay.  This is one of the, you know, dumb
20  questions I may have to ask, but is it fair to say that,
21  you know, you're not a fan of cops?
22  A   I'm not --.
23      MR. WAXMAN:  Object to the -- object to the
24  question.
25      MR. CAPDEVILA:  Sure.

Page 33

1  BY MR. CAPDEVILA:
2  Q   Any -- I guess do you like police officers?
3  A   No.
4  Q   Okay.  Any reason why?
5  A   They do what they want to do and they break
6  the law.
7  Q   Because they enforce the law is what you said?
8      THE COURT REPORTER:  I got they do what they
9  want to do, they break the law.
10     MR. CAPDEVILA:  Oh, I understand.  Thank you,
11  thank you.  I'll take that.  I wasn't sure what I
12  heard.
13  BY MR. CAPDEVILA:
14  Q   Have you ever had a wrongful compensation
15  action?
16  A   No.
17  Q   Okay.  Any other civil lawsuits?
18  A   No.
19  Q   If I told you had wrongful compensation
20  actions would that refresh your recollection?
21  A   I never knew that.
22  Q   Okay.  And you don't recall any civil cases
23  you've ever brought, correct?
24  A   No.
25  Q   Do you remember the names of any -- let me

LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023                     Pages 34..37

Page 34

1  back up. Earlier we talked about green shirts. Do you
2  remember that?
3      A  No.
4      Q  Do you remember the names of any green shirts
5  you've interacted with?
6      A  No.
7      Q  Could you give me a description of their
8  physical appearance?
9      A  Let me see if I can remember. No.
10     Q  On -- that incident in 2021 where your
11  property was discarded, you said Miami Police Department
12  threw away your property, correct?
13     A  Yes.
14     Q  And do you remember what those officers looked
15  like?
16     A  No.
17     Q  Do you remember their names?
18     A  No.
19     Q  Do you have their badge number?
20     A  No.
21     Q  If I said the name Vivian Collins would that
22  refresh your recollection?
23     A  What?
24     Q  Let me try that again. If I said the name
25  Vivian Collins would that -- does that mean anything to

Page 35

1  you?
2      A  No.
3      Q  If I said the name Udell Wiggins, does that
4  mean anything to you?
5      A  No.
6      Q  How about Conrad Chiquay?
7      A  No, the name doesn't mean anything.
8      Q  Was that I don't remember?
9         MR. WAXMAN: He said the name doesn't mean
10     anything.
11        MR. CAPDEVILA: I'm trying my best. Thank
12     you. I just -- I'm going through the witnesses
13     that he has interacted with or maybe not have
14     interacted with.
15  BY MR. CAPDEVILA:
16     Q  What about Leighton McLean?
17     A  No.
18     Q  Okay. Are you familiar with the Heat Team?
19     A  The who?
20        MR. WAXMAN: Who?
21        MR. CAPDEVILA: I got it.
22  BY MR. CAPDEVILA:
23     Q  Let me back up. And I'm not talking about
24  basketball. Are you familiar with the City of Miami's
25  Heat Team, not the basketball team?

Page 36

1      A  Yeah.
2      Q  Okay. What is the Heat Team?
3      A  Guys who play for the --
4      Q  Are you referring to the basketball team?
5      A  No.
6      Q  Okay. Does the Heat Team have police
7  officers?
8      A  Not that I know about.
9      Q  Does the Heat Team have green shirts?
10     A  I don't know.
11     Q  Was that no? You can take your time.
12     A  Not that I know about.
13     Q  Okay. Does the Heat Team have solid waste
14  employees?
15     A  No.
16     Q  If I say solid waste, do you know I mean like
17  trash people, people that take out the trash and trash
18  trucks?
19     A  No, I never knew that.
20     Q  Okay. So, is it fair to say you don't know
21  the names of anybody in police department, the solid
22  waste or the human services, correct?
23     A  Not that I know about.
24     Q  Okay. Have you ever stayed in a shelter?
25     A  I stay in a shelter now.

Page 37

1      Q  Oh, you're saying that you're in a temporary
2  shelter right now?
3         MR. WAXMAN: Object, he never said temporary
4      shelter right now.
5         MR. CAPDEVILA: All right.
6  BY MR. CAPDEVILA:
7      Q  Are you in a shelter right now?
8      A  Yeah.
9      Q  Okay. What is the name of this shelter?
10     A  This is Camillus House.
11     Q  Okay. Okay. So, I know you said the Miami
12  Police Department threw away your property. How many
13  times do they throw your property?
14     A  One time to at least four times.
15     Q  One to four times?
16     A  One time to at least four times.
17     Q  Was that at least four times?
18        MR. WAXMAN: Yes.
19        MR. CAPDEVILA: Thank you.
20  BY MR. CAPDEVILA:
21     Q  I know your Counsel said yes, but you agree
22  with him, right?
23     A  Yeah.
24     Q  Thank you. Was it less than 10 times?
25     A  Four.

Page 38

1    Q   More?
2    A   Four.
3    Q   Four times, okay.  Can you tell me about the
4  first time your property was discarded?  Mr. Simmons,
5  are you -- do you need a moment to take a rest or are
6  you okay right now?
7    A   Yeah.
8    Q   Okay.  Could you tell me about the first time
9  the Miami Police Department threw away your property?
10 Let me try a different question.
11   A   Okay.
12   Q   Did the Miami Police Department discard your
13 property for the first time in 2021?
14   A   Yeah.
15   Q   And is that what you brought your case about?
16   A   Yeah.
17   Q   When did they throw it away the second time?
18   A   2022.
19   Q   Okay.  Was that at the same location or a
20 different location than the first one?  You can take
21 your time.
22   A   Thank you.
23   Q   So, let me try to ask the question again just
24 so that we keep it fresh in our minds.  The second time
25 the Miami Police Department threw away your property,

Page 39

1  were you at 7 and 10?
2    A   Um-hum.
3    Q   Let's move on to the third time.  The third
4  time the Miami Police Department threw away your
5  property, what location were you at?
6        I may have to take another break momentarily
7  because I think Mr. Simmons is kind of coming -- you're-
8  - are you falling asleep, Mr. Simmons?  You're a little
9  tired?
10   A   No.
11   Q   Okay.  So, do you -- is it fair to say you
12 don't remember what address you were at the second time
13 your property was discarded?
14   A   No.
15   Q   And you don't remember the location where you
16 were at the third time your property was discarded?
17   A   No.
18   Q   Do you remember the location you were at the
19 fourth time it was discarded?
20   A   No, I don't.
21   Q   Okay.  And was the last time the fourth time
22 or the fifth time?
23   A   Maybe the fourth time.
24   Q   Okay.  The fourth time.  Did you see Miami
25 Police Department officials throwing away your property

Page 40

1  those four times?
2    A   No.
3    Q   Let me say that again.  I think I talked over
4  you, I'm sorry about that.  The four times Miami Police
5  Department threw away your property, did you see them do
6  it?
7    A   No.
8        MR. WAXMAN:  Objection.  It's kind of a
9    compound question.  I mean you're asking about four
10   different incidents, just --
11       MR. CAPDEVILA:  I'm happy to break it up.  I
12   was trying to move along, but I'll break it up if
13   it helps you.
14 BY MR. CAPDEVILA:
15   Q   The first time did you see Miami Police
16 Department throw away your property?
17   A   No.
18   Q   The second time did you see Miami Police
19 Department throw away your property?
20   A   No.
21   Q   How about the third?  Let me try that again.
22 The third time did you see them throw away your
23 property?
24   A   No.
25   Q   The fourth time did you see them throw away

Page 41

1  your property?
2    A   No.
3    Q   How do you know they threw away your property
4  then?
5    A   I didn't actually see them do it.
6    Q   Can you -- I'm sorry, can you repeat that for
7  the Court Reporter?
8    A   I didn't actually see them do it.
9    Q   You didn't actually see them do it?  Okay.
10   A   I didn't actually see them do it.
11   Q   I missed that last part.
12   A   I can't say I saw them do it.
13       MR. CAPDEVILA:  What does the Court Reporter
14   have?  Okay.  We're not sure about that.
15 BY MR. CAPDEVILA:
16   Q   Did somebody tell you your property had been
17 discarded?
18   A   Yeah.
19   Q   Who told you?  You can take your time.  So,
20 Mr. Simmons, you said that you didn't actually see
21 anybody discard your property, but somebody told you
22 your property had been discarded that first time.
23   A   Yeah.
24   Q   Do you remember the name of the person that
25 told you your property had been discarded?



LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023          Pages 42..45

Page 42

1    A   No.
2    Q   Was it a fellow homeless person?  You can take
3 your time.
4        MR. CAPDEVILA:  So, I just want to let the
5    record reflect, you know, Mr. Simmons is I think he
6    is maybe falling asleep a little bit.  He is a
7    little --
8    A   No.
9 BY MR. CAPDEVILA:
10   Q   You're a little tired at the moment?
11   A   No.
12       MR. WAXMAN:  Maybe what you should do is take
13   the deposition of Audrey and then --
14       MR. CAPDEVILA:  We can come back maybe --
15       MR. WAXMAN:  -- we'll see how he is doing at
16   the time and maybe that'll be --.
17 BY MR. CAPDEVILA:
18   Q   Do you think taking a -- you know, like a two-
19 hour break or one-hour break might help you, Mr.
20 Simmons?
21   A   Yeah.
22   Q   Okay.
23       THE COURT REPORTER:  Do you want to go off the
24   record?
25       MR. CAPDEVILA:  Yeah.

Page 43

1        THE COURT REPORTER:  Off the record, 10:36
2    a.m.
3        (Thereupon, a short discussion was held off
4        record.)
5        (Deposition resumed.)
6        THE COURT REPORTER:  Okay.  Back on the
7    record, 01:06 p.m.
8 BY MR. CAPDEVILA:
9    Q   So, I just want to let the record reflect we
10 stopped earlier at 10:36.  So, we took a recess for
11 approximately two-and-a-half hours because, Mr. Simmons,
12 you were tired, is that accurate?
13       Mr. Simmons, just to -- do you remember me
14 from earlier this morning?
15   A   Yes, sir.
16   Q   Okay.  Great.  And do you remember that we
17 paused -- we stopped a little early?
18   A   Yes, sir.
19   Q   Was that because you were tired?
20   A   Yes, sir.
21   Q   Okay.  I'm going to try to power through as
22 much as I can as quickly as I can.  Let's see.  On the
23 day that the Miami Police Department discarded your
24 dentures and all your property, was that the first time
25 the City had thrown away everything you owned?

Page 44

1    A   That I could remember.
2    Q   Okay.  Earlier you said there were at least
3 four times that the City had discarded your property, is
4 that correct?
5    A   Yes, sir.
6    Q   Okay.  And you only remember those four times,
7 correct?
8    A   Yes, sir.
9    Q   The -- in those -- so, I know the denture
10 incident under the bridge all of your property was
11 discarded.  But as to the other three incidents, did
12 they discard -- let's just do it one-by-one, right,
13 because I don't want to have a situation where we have a
14 compound problem, and I want to make sure I don't ask an
15 overbroad question.  Let me try again.
16       The denture incident, you don't -- do you
17 remember if it was the first time that you had
18 interacted with the City and the discarding of your
19 property?
20   A   I think that was the first time.
21   Q   Okay.  Are you familiar with notices?
22   A   Yes.
23   Q   What kind of notices does the City use?
24   A   A piece of paper telling you what day they
25 were coming to clean it up.

Page 45

1    Q   Is it white or is it yellow?
2    A   I believe it's yellow.
3    Q   Okay.  Have you ever seen them in any other
4 color?
5    A   No.
6    Q   Okay.  And are you saying you've never seen a
7 white notice?
8    A   No.
9    Q   Okay.  Would they -- would the City post
10 yellow notices in your area?
11   A   Yeah.
12   Q   Did you ever see somebody moving the notices?
13   A   Never.
14   Q   Did you ever see anybody writing over the
15 notices?
16   A   No.
17   Q   Did you ever see anybody wiping down the ink
18 off of the notices?
19   A   No.
20   Q   Okay.  Would -- how many notices would be on
21 the block if you recall?
22   A   About 20.
23   Q   About -- okay.  So, on the date of the denture
24 incident, how many notices did you see before that day?
25   A   About 20.

**Page 46**

1    Q   Okay.  So, there were about 20 notices that
2  you saw.
3    A   Yeah.
4    Q   Okay.  And did you see them the day before?
5    A   No.
6    Q   Did you see them 48 hours before?
7    A   No.
8    Q   Did you see them a week before?
9    A   No.
10   Q   Okay.  But you saw them?
11   A   Yeah.
12   Q   Okay.  Sometimes did you rely on your
13  neighbors to tell you that a cleanup was coming?
14   A   No.
15   Q   So, you relied on the notices, correct?
16   A   Yeah.
17   Q   Okay.  You used to have a cell phone, right?
18   A   Yeah.
19   Q   Did you ever document a cleanup with your cell
20  phone?  Let me try that again.  Did you ever take a
21  video of a cleanup with your phone?
22   A   Yeah.
23   Q   When you gave -- did you ever give those
24  videos to your attorneys?
25   A   All the time.

**Page 47**

1    Q   Okay.  When you gave those videos to your
2  attorney, did they take your phone or did you send them
3  the videos?
4    A   I would send them my phone.
5    Q   The whole phone you would give it to them?
6    A   Yeah.
7    Q   Okay.  And how long would it take for them to
8  give it back to you?
9    A   The next day.
10   Q   The next day?  Okay.  Were you using an Apple
11  or an Android?
12   A   Apple.
13   Q   Okay.  Did you ever post any photos of any
14  kind on Facebook?
15   A   No.
16   Q   How about anything like iCloud, Google photos
17  like that?
18   A   None of that.
19   Q   Okay.  And the videos that you took, on what
20  day did you take them?  Let me try that again, and you
21  can take your time to respond.  Do you remember what day
22  it was when you took the videos?
23       Mr. Simmons?  So, I just want to let the
24  record reflect he was -- were you falling asleep, Mr.
25  Simmons? Was that a no or a yes?

**Page 48**

1    A   No, I wasn't falling asleep.
2    Q   Okay.  You were not falling asleep.  On the
3  date the dentures were -- the dentures and all of your
4  property was discarded, were you under the influence of
5  any drugs or alcohol at that time?
6    A   No, sir.
7    Q   What about the night before?
8    A   No.
9    Q   Okay.  And you said your property was
10  discarded in the afternoon?
11   A   Yes.
12   Q   Okay.  And when you arrived was your -- your
13  property was not there, correct?
14   A   No.
15   Q   Okay.  Where were you earlier that day if you
16  remember?  Let me try that again.  What were you doing
17  on the morning that the -- all of your property was
18  discarded on the day you lost your dentures?  Do you
19  remember that morning?
20   A   I don't know.  The police had something to do-
21  - doing something stupid.
22   Q   So, you're saying the police was doing
23  something stupid is what you said?
24   A   They were doing something like that.
25   Q   Can you say that again?  I'm not sure I caught

**Page 49**

1  that.
2    A   They were doing too much.
3    Q   They were doing too much?
4    A   Yeah.
5    Q   So, did you ever read the complaint in this
6  case?
7    A   Yeah.
8    Q   Okay.  So, you said your property was not
9  contaminated, do you remember that?
10   A   It was not.
11   Q   Okay.  So, what does not contaminated mean to
12  you?
13   A   Contaminated means is that it was
14  contaminated.
15       THE COURT REPORTER:  I got contaminated means
16   is that it was contaminated.
17  BY MR. CAPDEVILA:
18   Q   Okay.  So, was any of your property wet?
19   A   No, sir.
20   Q   Was any of your property -- did -- was there
21  any food that was in the tent?
22   A   No.
23   Q   Did you have a mattress in the tent?
24   A   Yeah.
25   Q   Did you have a box spring in the tent?



LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023                    Pages 50..53

Page 50

1    A   Yeah.
2    Q   Did you have -- what other furniture did you
3  have in the tent?  You're okay.
4    A   I'm not sure.
5    Q   You're okay.  I'll move on.
6    A   They asked me to wrap my stuff together.
7    Q   So, they asked you to keep your -- get your
8  things together is -- am I misunderstanding?
9    A   Yeah.
10   Q   Okay.  So, I know you said it's not
11 contaminated and it wasn't wet.  Did -- other than not
12 being wet -- well, how did you organize your property in
13 and around the tent?  Mr. Simmons?
14   A   I kept all my stuff together.
15   Q   Okay.
16      THE COURT REPORTER:  I'm sorry, I kept all my?
17      THE WITNESS:  I kept all my stuff together.
18      THE COURT REPORTER:  Stuff together.
19 BY MR. CAPDEVILA:
20   Q   Okay.  So, what kind of a chair did you have
21 in that tent?  Mr. Simmons?
22   A   I kept all my stuff together.
23   Q   Okay.  When did you talk to Ms. Dericho about
24 this case?
25   A   Can you do me a favor?

Page 51

1    Q   Sure.
2    A   Can you help me move this?
3    Q   Sure.  I will -- Benjamin?
4       MR. WAXMAN:  Is that better for you, Joseph?
5       THE WITNESS:  Yeah.  Can you move that away?
6       MR. WAXMAN:  You want it moved away?
7       THE WITNESS:  Yeah, move --
8       MR. WAXMAN:  Okay.  Better?
9    A   Do you know how long I've known Mr. Waxman?
10 BY MR. CAPDEVILA:
11   Q   I missed that.
12      MR. WAXMAN:  He wanted to know if you know how
13 long he's known me for.
14      THE WITNESS:  You know how long I've known
15 Benji?
16 BY MR. CAPDEVILA:
17   Q   Sure.  Tell me.
18   A   Probably 10, 15 years.
19   Q   Wow.  It's a long time.
20      MR. CAPDEVILA:  Can you read back to me my
21 question a minute ago?  Oh, I remember.
22      THE COURT REPORTER:  Okay.  When did you talk
23 to Ms. Dericho about this case?
24      MR. CAPDEVILA:  Yes.
25 BY MR. CAPDEVILA:

Page 52

1    Q   When did you speak with Ms. Dericho about this
2  case?
3    A   About 10 or 15 years.
4    Q   So, you spoke with her about this case 10 or
5  15 years ago?
6    A   Yeah.
7    Q   Okay.  Did you talk to her about this case
8  when you moved into this residence?
9    A   No, before that.
10   Q   Before that?
11   A   Yeah.
12   Q   Do you remember after the denture incident,
13 where all your property was discarded, how long it took
14 you to tell her about this case?  I'll --
15      MR. WAXMAN:  Object to the form.
16      MR. CAPDEVILA:  That's fine.  I can rephrase
17 it.  I understand the issue.
18 BY MR. CAPDEVILA:
19   Q   The -- after the denture incident under the
20 bridge, where all of your property was discarded, how
21 much time passed before you told her about that
22 incident?
23   A   You look different.
24   Q   Oh.
25      THE COURT REPORTER:  I'm sorry?

Page 53

1       MR. CAPDEVILA:  He said I look different, I
2  think.  Is that correct?
3       THE COURT REPORTER:  That's what I heard.
4    A   I said you look different now.
5  BY MR. CAPDEVILA:
6    Q   Okay.  Can you just help me understand when
7  did you tell Ms. Dericho about you losing your dentures
8  and all the property that you had under the bridge?
9    A   Okay.  Now, what was that one again?
10   Q   Sure.  Let me try it again.
11   A   Okay.
12   Q   The incident where you lost your dentures and
13 all your property under the bridge, do you remember
14 that?
15   A   Yeah.
16   Q   When did you tell Ms. Dericho that that had
17 happened to you?
18   A   I know it happened on the 2nd of -- let me
19 see, February or whatever, what month that was?
20      THE COURT REPORTER:  And just to clarify for
21 the record, you know it happened on the 2nd of
22 February?
23      THE WITNESS:  It was the 2nd of - the issue
24 with the dentures that happened on the 2nd of --
25 what month that was?



LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023                          Pages 54..57

Page 54

1  BY MR. CAPDEVILA:
2     Q   So, just to clarify, do you remember what
3  month that was?
4     A   Yeah, it was January.
5     Q   Of 2022?
6     A   No, no, no.
7     MR. WAXMAN:  He never said 2022.
8     MR. CAPDEVILA:  I'm just trying to figure out.
9     MR. WAXMAN:  He said --
10    MR. CAPDEVILA:  You don't have to testify for
11  him, I got it.  Just object to the form.  I got it.
12    MR. WAXMAN:  I'm just going to the --
13    MR. CAPDEVILA:  I got it, I got it.
14    A   Okay.  Okay.  That month was -- we was at --
15  we was in a -- we was in a --
16  BY MR. CAPDEVILA:
17    Q   Let me try it this way.
18    A   Okay.
19    Q   Do you remember where you were when you told
20  Ms. Dericho about your dentures being discarded?
21    A   After that month that it happened.
22    Q   Okay.  The month that it happened.  Okay.
23    A   Yeah.
24    Q   Do you remember where though?
25    A   Probably over on 11th Street.

Page 55

1     Q   Okay.  And you don't remember where you were
2  that morning, is that correct?
3     A   No.
4     Q   And by that morning I'm talking about the
5  dentures incident, correct?
6     A   I know it happened that morning.
7     Q   I don't think I have very much left.  So, let
8  me just see if there is anything I really absolutely
9  need because I am not -- I just -- I want you to get as
10 much rest as possible and recover to the maximum
11 possible.  I'm not trying to stress you in any way.
12    On the month of the incident had you used any
13 drugs?
14    MR. WAXMAN:  That was asked and answered.
15    MR. CAPDEVILA:  I asked him the day before, I
16 didn't ask him the month, but thank you.
17 BY MR. CAPDEVILA:
18    Q   Mr. Simmons, do you remember preparing
19 interrogatories for this case?
20    A   Yeah.
21    Q   Okay.  What's an interrogatory if you know?
22    A   That like I replied.
23    Q   Okay.
24    A   That like I replied with a paragraph.
25    THE COURT REPORTER:  Just to clarify for the

Page 56

1  record --
2     MR. CAPDEVILA:  Yeah.
3     THE COURT REPORTER:  -- did you say that I
4  replied with a paragraph or did I repay with a
5  paragraph?
6     THE WITNESS:  Like I replied to the page with
7  a paragraph.
8     THE COURT REPORTER:  Okay.  I just got what
9  the paragraph --
10 BY MR. CAPDEVILA:
11    Q   Okay.  When you prepared your interrogatories,
12 do you remember saying that you spoke with Khadija
13 Dericho about this incident?  And just to clarify by
14 this incident, I mean, your interactions with the Miami
15 Police Department.
16    MR. WAXMAN:  Object to the form.
17    MR. CAPDEVILA:  Okay.
18 BY MR. CAPDEVILA:
19    Q   Do you -- so, do you recall or not at the
20 moment?
21    MR. WAXMAN:  I just want the record to reflect
22 that Mr. Simmons is really struggling here.
23    MR. CAPDEVILA:  Probably I --
24    MR. WAXMAN:  It's been -- we've been going on
25 for another 15, 20 minutes at least.  And I just

Page 57

1  don't -- I don't see this as being productive at
2  this point --
3     MR. CAPDEVILA:  Are you saying that he is -- I
4  mean, is he -- I mean, but I made him available.
5     MR. WAXMAN:  You've been sitting here.  We're
6  sitting here, we're watching him.
7     MR. CAPDEVILA:  I'm giving him time.
8     MR. WAXMAN:  I don't think it's a matter of
9  the time.  I think it's this -- it's how he is
10 doing today.  I don't think he is doing well now.
11 And I'm just pointing that out for the record and
12 urging you to bring this to a conclusion as quickly
13 as you can.
14    MR. CAPDEVILA:  Of course.  And just for the
15 record, I've taken less than an hour-and-a-half and
16 most -- much of that time that has taken -- that
17 has elapsed just because I'm being patient and
18 waiting for him to respond and giving him
19 opportunities to take his time.  Also, you've been
20 objecting with speaking objections.  So, I do think
21 that that is also taking up some additional time.
22    So, let me just try to wrap this up as quickly
23 as I can so we can all get home to our families.
24 BY MR. CAPDEVILA:
25    Q   Mr. Simmons, I'm going to show you a copy of

LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023          Pages 58..61

Page 58

1  your response to the City's interrogatories in this
2  case.  If -- or I can -- maybe Benjamin can hold it up
3  for you.
4         MR. WAXMAN:  I've got it right here.
5    A  All right.
6         MR. CAPDEVILA:  Okay.  I'll -- or I'm just
7  approaching your client.  I'm just holding it up so
8  he doesn't have to hold it up.
9  BY MR. CAPDEVILA:
10    Q  Does that say verification right there where
11  my finger is pointing?
12    A  I would like to see what that is.
13    Q  Okay.  Can you repeat that?  I didn't quite
14  catch that.
15        THE COURT REPORTER:  I got I would like to see
16  what that is -- what that is.
17        MR. CAPDEVILA:  Oh, okay.
18  BY MR. CAPDEVILA:
19    Q  Sure.  Does this look familiar to you?
20    A  No.  Can you tell me what it is?
21    Q  Okay.  Well, right here it says, "Plaintiffs'
22  Response to Defendant City of Miami's First
23  Interrogatories."  I'm introducing this as City's
24  Exhibit A for this deposition.
25        (Thereupon, Defendant's Exhibit A was entered

Page 59

1         into the record.)
2  BY MR. CAPDEVILA:
3    Q  Is that your name right there?
4    A  Yeah, that's my name, Joseph Simmons.
5    Q  Okay.  So, I'm going to read this and you tell
6  me if that's what it says.
7    A  Okay.
8    Q  Number 1, what is the name and address of the
9  person answering these interrogatories?  And if
10  applicable the person's official position or
11  relationship with the party to whom the interrogatories
12  are directed?  His name Joseph Simmons, that's yourself,
13  right?
14    A  Yeah.
15    Q  Address 15131 Tyler Street, Miami, Florida.
16  And then it has Geoffrey Hearn and Jocelyn Armand down
17  there.  Just -- is that -- am I reading that correctly?
18    A  I think you are.
19    Q  Okay.  So, on the back page here it says
20  verification.  And this was signed on July 6th, 2023. Is
21  that what it says?
22    A  That's what it says, correct.
23    Q  Do you remember signing this?
24    A  I don't remember ever seeing that.
25    Q  Okay.  So, you have no recollection of ever

Page 60

1  seeing this document?
2    A  Yeah, I saw it.
3    Q  So, you have seen it before?
4    A  Okay.  So, what are you trying to say?
5    Q  I'm just asking you if you've seen it -- if
6  you remember seeing it or not that's all.
7    A  Yeah, I remember seeing it before.
8    Q  Okay.
9         THE COURT REPORTER:  I'm sorry, I've never
10  seen it before or I have seen it?
11        MR. WAXMAN:  No, I remember seeing it before.
12        MR. CAPDEVILA:  Okay.
13  BY MR. CAPDEVILA:
14    Q  But you don't remember signing though, that
15  part you don't remember?
16        MR. WAXMAN:  Object to --
17        MR. CAPDEVILA:  To form?
18        MR. WAXMAN:  Yeah.
19    A  You not -- are we done here?
20  BY MR. CAPDEVILA:
21    Q  I do.  I -- this is basically my last
22  question.  Is this your -- do you remember signing this?
23    A  I don't know.  But do you not see how tired I
24  am?
25    Q  I don't and I -- but I do see that -- I'm

Page 61

1  trying to wrap this up and get out of here so you can
2  get some rest, sir.
3    A  Okay.
4    Q  Do you agree you don't totally remember
5  signing this document?
6    A  I'm not going to agree or I'm not going to
7  disagree.
8    Q  Okay.  So, are -- just to be clear, I'm asking
9  you do you remember signing this document, and you're
10  not answering my question, is that right?
11    A  I'm not agreeing, I'm not disagreeing.
12    Q  So, do you remember signing it?
13        MR. CAPDEVILA:  I'm going to say he is --
14    A  I want to take a break.
15  BY MR. CAPDEVILA:
16    Q  Well, I -- that's fine, we can take a break.
17        MR. WAXMAN:  I'm going to ask that you
18  conclude this now.  I mean, I don't know what your
19  intention is, but you've asked him now five times
20  about the verification.  The interrogatories are
21  what they are.  They -- he wrote the answers to the
22  questions, it says how it was done.  It's verified.
23  His signature is there, and I just think it speaks
24  for itself.
25  BY MR. CAPDEVILA:



LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023                              Pages 62..65

Page 62

1    Q   I don't really have too much more.
2    A   Thank you.
3    Q   Yeah, I'm not trying to bother you.  I just -
4    -
5        MR. CAPDEVILA:  And I just want to clarify,
6    the reason I asked it was because he said he wasn't
7    going to agree or disagree.  That's not a yes or a
8    no, right?  That's actually exactly what he said.
9    It's not a yes or a no.  So, I'm just going to ask
10   it one last time.
11   BY MR. CAPDEVILA:
12   Q   Do you remember signing it, yes or no?  Are
13   you moving your head to adjust or are you trying to say
14   something?
15   A   I'm moving my head to adjust my head.
16   Q   Okay.
17       MR. WAXMAN:  Do you want me to fold this under
18   for you?
19       THE WITNESS:  Yeah.  Where is that lady at?
20       MR. WAXMAN:  You mean Ms. Ruth?
21       THE WITNESS:  Yeah, Ms.Ruthie?
22       THE COURT REPORTER:  Would you like to go off
23   the record for a second?
24       MR. CAPDEVILA:  No, I think --
25       MR. WAXMAN:  Ruth, we need some help here.

Page 63

1        (Thereupon, a short discussion was held off
2        record.)
3        (Deposition resumed.)
4    BY MR. CAPDEVILA:
5    Q   I just -- two questions and I'm out of here, I
6    think, right, unless he -- unless your attorney has any
7    cross, but I don't know if he will.
8        Could you just give me a yes or no if you
9    remember signing this?
10   A   Okay.
11   Q   That's number one, this is the last page of
12   you Plaintiffs' Response to Defendant City of Miami's
13   First Interrogatories.  The final page has the
14   verification.  Do you remember signing this, yes or no?
15   A   -- Wait a minute now, I want to see what you
16   got there, I want to see what we're doing.
17       THE COURT REPORTER:  I think he said he wants
18   to see what you're --
19       MR. CAPDEVILA:  Oh, this.
20       THE COURT REPORTER:  He said, "I want to see
21   what you got there, I want to see what you're --"
22   A   I don't remember signing that.  I don't want
23   to lie to you.
24   BY MR. CAPDEVILA:
25   Q   You did -- you do?

Page 64

1        MR. WAXMAN:  He said he doesn't want to lie to
2    you that's what he just said.
3        MR. CAPDEVILA:  I know.  But I just -- if he
4    does remember or not remember that's really all I'm
5    asking.
6        MR. WAXMAN:  His -- he can't really -- he's
7    got problems with his vision --
8        MR. CAPDEVILA:  Oh.
9        MR. WAXMAN:  -- so he can't really see well.
10   BY MR. CAPDEVILA:
11   Q   I'm so sorry.  I had no idea that you were
12   having vision issues as well.  Okay.  So -- but you --
13       MR. WAXMAN:  That's why he was asking -- I
14   think that's why he was asking you to read it.
15       MR. CAPDEVILA:  I had no idea.  Thank you so
16   much.
17   BY MR. CAPDEVILA:
18   Q   Okay.  Well, we'll just say he can't see it in
19   order to determine whether he signed it or not.  And Mr.
20   Simmons, what did you do to assist your attorneys - -
21   oh, actually, let me strike that.
22       What documents or video did you give to your
23   attorneys for this case, do you remember?
24   A   I gave my attorney every document he got.
25   Q   Okay.  I think --

Page 65

1        MR. WAXMAN:  Say those magic words, Bryan, you
2    asked the two questions.
3        MR. CAPDEVILA:  Let the record reflect I am
4    laughing because I want to be held to my word.
5    BY MR. CAPDEVILA:
6    Q   So, you know what, I think I'm good, I think
7    that's fine.  I don't want to bother you or torture you
8    anymore.  And I really do appreciate you for making
9    yourself available for today's deposition.  I know we
10   had to take breaks and it was a lot of pauses.  I really
11   am grateful.  And I hope, you know, you don't hold it
12   against me that if I have some back and forth with Benji
13   here.  It's just --
14   A   Man, you -- better --.
15       MR. CAPDEVILA:  I'm not sure I caught that.
16       THE COURT REPORTER:  Me neither.
17       MR. CAPDEVILA:  But it's -- I don't think it's
18   neither here nor there.
19       MR. WAXMAN:  Okay.  No further questions.
20       MR. CAPDEVILA:  No further questions from us.
21       MR. WAXMAN:  Very good.
22       MR. CAPDEVILA:  How about yourself?
23       MR. WAXMAN:  Very good.  Let's see.
24       THE COURT REPORTER:  Okay.  And just to ask
25   for the record, will you be reading or waiving?

LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023

Pages 66..68

Page 66

```
1           MR. WAXMAN:  We'll be waiving.
2       THE COURT REPORTER:  Waiving.
3    (Deposition concluded at 01:40 p.m.)
4    (Reading and signing of the deposition by the
5    witness has been waived.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 68

```
1              CERTIFICATE OF OATH
2    STATE OF FLORIDA
3    COUNTY OF MIAMI-DADE
4
5        I, MICHELLE VILLALOBOS, the undersigned authority,
6    certify that JOSEPH SIMMONS, personally appeared before
7    me and was duly sworn on the 26th day of July, 2023.
8
9        Witness my hand this 9th day of August, 2023.
10
11
12
13    MICHELLE VILLALOBOS, COURT REPORTER
      NOTARY PUBLIC, STATE OF FLORIDA
14    Commission No.:  HH 373556
      Commission Exp:  MARCH 15, 2027
15
16
17
18
19
20
21
22
23
24
25
```

Page 67

```
1              CERTIFICATE OF REPORTER
2    STATE OF FLORIDA
3    COUNTY OF MIAMI-DADE
4
5        I, MICHELLE VILLALOBOS, Court Reporter and Notary
6    Public for the State of Florida, do hereby certify that
7    I was authorized to and did digitally report and
8    transcribe the foregoing proceedings, and that the
9    transcript is a true and complete record of my notes.
10       I further certify that I am not a relative,
11   employee, attorney or counsel of any of the parties, nor
12   am I a relative or employee of any of the parties'
13   attorneys or counsel connected with the action, nor am I
14   financially interested in the action.
15
         Witness my hand this 9th day of August, 2023.
16
17
18
19
20   MICHELLE VILLALOBOS, COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
21
22
23
24
25
```



LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023                                    Page 69

**0**

**01:06**
43:7

**01:40**
66:3

**09:39**
5:9

**1**

**1**
59:8

**10**
16:24 17:20 18:13
26:6 29:21,22,23,
24 37:24 39:1
51:18 52:3,4

**10:07**
25:6

**10:08**
25:11

**10:11**
28:5

**10:15**
28:10

**10:36**
43:1,10

**11th**
54:25

**15**
51:18 52:3,5 56:25

**15131**
5:16 59:15

**1901**
16:23

**1960**
6:25 7:3

**1996**
7:17

**2**

**20**
45:22,25 46:1
56:25

**2020**
15:12

**2021**
15:7,8,12,13,17,25
16:1,4,5 17:15
34:10 38:13

**2022**
15:7,8,12 25:2
38:18 54:5,7

**2023**
5:2,8 59:20

**20th**
16:16,18

**21**
16:7,9,10

**2100**
12:20

**22-**
5:13

**26**
5:2

**26th**
5:8

**2nd**
53:18,21,23,24

**3**

**33178**
5:17

**35**

20:17

**39**
20:24

**4**

**48**
23:8 46:6

**6**

**6th**
59:20

**7**

**7**
16:24 17:20 18:13
39:1

**7th**
6:25 7:3

**A**

**a.m.**
5:9 25:7,12 28:6,
11 43:2

**ability**
8:23 9:3 10:13
11:5,9,11 14:15

**able**
12:23

**about**
8:10 11:14 14:12,
15 15:7,25 22:11
23:9 24:20,23
25:25 26:4,5,15,
23,25 27:11,18
28:14 30:17,20,22
34:1 35:6,16,23
36:8,12,23 38:3,8,

15 40:4,9,21 41:14
45:22,23,25 46:1
47:16 48:7 50:23
51:23 52:1,3,4,7,
14,21 53:7 54:20
55:4 56:13 61:20
65:22

**absolutely**
25:5 55:8

**accommodations**
9:14,18

**accomplished**
30:19

**accurate**
43:12

**across**
13:22,24,25 14:2

**action**
33:15

**actions**
33:20

**actually**
10:20 41:5,8,9,10,
20 62:8 64:21

**additional**
29:1 57:21

**address**
12:13 39:12 59:8,
15

**adjust**
62:13,15

**affect**
11:9,11

**after**
5:5 52:12,19 54:21

**afternoon**
48:10

**again**
11:15 12:6 18:13



30:7,12,13 34:24
38:23 40:3,21
44:15 46:20 47:20
48:16,25 53:9,10

**against**
10:22 65:12

**ago**
10:1 25:20,21,25
26:4,6,15,23 27:1,
3,11,17,18,19,20
51:21 52:5

**agree**
10:1,7,11 11:15,
18,19 12:7 21:10
31:22 37:21 61:4,6
62:7

**agreeing**
61:11

**alcohol**
11:14,16,20,22
12:7,8 48:5

**alias**
29:3

**aliases**
7:11

**all**
6:16 7:13 10:19
14:16,17 16:9 20:2
21:14 27:5 28:13
31:3 37:5 43:24
44:10 46:25 48:3,
17 50:14,16,17,22
52:13,20 53:8,13
57:23 58:5 60:6
64:4

**Almost**
13:14

**along**
40:12

**already**
29:17 30:12

**also**
6:14 11:5 21:8
57:19,21

**am**
12:8 16:17 32:2
50:8 55:9 59:17
60:24 65:3,11

**Android**
47:11

**another**
39:6 56:25

**answer**
8:19 9:7,8,9 10:12
11:23 30:25

**answered**
55:14

**answering**
11:25 59:9 61:10

**answers**
8:17,23 61:21

**any**
6:11 7:6,11 9:20
11:8,16 16:18 18:5
19:1,15 20:21 23:5
29:4,5,9,16 31:2
33:2,4,17,22,25
34:4 45:3 47:13
48:5 49:18,20,21
55:11,12 63:6

**anybody**
23:8 36:21 41:21
45:14,17

**anymore**
65:8

**anything**
34:25 35:4,7,10
47:16 55:8

**Anywhere**
16:22

**apologize**

12:22 27:14

**Apology**
17:8

**appearance**
34:8

**Apple**
47:10,12

**applicable**
59:10

**appreciate**
31:19 65:8

**approaching**
58:7

**approximate**
29:18

**approximately**
5:9 43:11

**approximation**
12:17,19

**area**
45:10

**Armand**
6:5 59:16

**around**
16:13,14 50:13

**arrested**
30:1,4 32:9,11,13

**arrests**
30:11

**arrived**
48:12

**ask**
8:16 9:19 10:21
15:21 22:14 23:2
30:17 32:20 38:23
44:14 55:16 61:17
62:9 65:24

**asked**

24:18 50:6,7
55:14,15 61:19
62:6 65:2

**asking**
29:9 40:9 60:5
61:8 64:5,13,14

**asleep**
15:24 39:8 42:6
47:24 48:1,2

**assist**
64:20

**assistance**
20:15

**attend**
22:4

**attorney**
6:20 14:6,8 47:2
63:6 64:24

**attorneys**
22:9,12 46:24
64:20,23

**Audrey**
20:12,14,25 42:13

**August**
16:3

**available**
57:4 65:9

**away**
14:17,25 15:11
17:13,23 34:12
37:12 38:9,17,25
39:4,25 40:5,16,
19,22,25 41:3
43:25 51:5,6

**awkward**
8:16

---

**B**

**back**

14:4 24:1 25:11,20
28:10 34:1 35:23
42:14 43:6 47:8
51:20 59:19 65:12

**background**
10:20 30:20

**badge**
34:19

**badges**
17:24,25

**based**
23:11

**basic**
6:17

**basically**
16:16 60:21

**basis**
18:21

**basketball**
35:24,25 36:4

**because**
9:15 15:22 17:24
29:1 33:7 39:7
43:11,19 44:13
55:9 57:17 62:6
65:4

**before**
6:20 7:14 10:19,20
13:17,21 20:18
45:24 46:4,6,8
48:7 52:9,10,21
55:15 60:3,7,10,11

**behalf**
5:23,24 6:5

**believe**
5:25 45:2

**Benjamin**
5:22 10:17 51:3
58:2

**Benji**
51:15 65:12

**best**
6:12 8:22 9:2
10:13 14:14 17:4
35:11

**better**
9:6 17:12 51:4,8
65:14

**between**
11:2

**birth**
6:24

**bit**
42:6

**block**
45:21

**Bobby**
26:16

**boilerplate**
31:1,4

**born**
23:14,15 28:19,23
29:2,11

**bother**
62:3 65:7

**box**
49:25

**break**
9:12 28:1 33:5,9
39:6 40:11,12
42:19 61:14,16

**breaks**
9:22 10:2,8,12
31:8 65:10

**bridge**
17:1 18:14 44:10
52:20 53:8,13

**bring**

57:12

**Bromwell**
25:15

**brought**
14:4 33:23 38:15

**Bryan**
5:24 30:8 65:1

**burden**
30:14

_____

**C**

_____

**call**
6:9,10 28:2

**called**
5:5

**came**
24:24 25:1,2

**Camillus**
37:10

**campus**
22:4,6,7

**can**
6:10 9:19,22 10:8
13:5 15:19 22:16
25:3 31:9,13 32:7
34:9 36:11 38:3,20
41:6,19 42:2,14
43:22 47:21 48:25
50:25 51:2,5,20
52:16 53:6 57:13,
23 58:2,13,20
61:1,16

**can't**
32:3 41:12 64:6,9,
18

**Capdevila**
5:24 6:7 7:2,5,10
8:3,6 10:15,18
12:1,4,5,24 13:1,2

17:8,10 18:23,24
22:14,19,23,24
24:7,14,15,25
25:5,13 27:2,5,7,
25 28:4,12,22
30:23 31:7,11,16,
20 32:25 33:1,10,
13 35:11,15,21,22
37:5,6,19,20
40:11,14 41:13,15
42:4,9,14,17,25
43:8 49:17 50:19
51:10,16,20,24,25
52:16,18 53:1,5
54:1,8,10,13,16
55:15,17 56:2,10,
17,18,23 57:3,7,
14,24 58:6,9,17,18
59:2 60:12,13,17,
20 61:13,15,25
62:5,11,24 63:4,
19,24 64:3,8,10,
15,17 65:3,5,15,
17,20,22

**capture**
8:21

**Carsons**
26:17

**case**
5:13 7:18,19,21,23
8:8 14:3,11,15
38:15 49:6 50:24
51:23 52:2,4,7,14
55:19 58:2 64:23

**cases**
33:22

**catch**
29:8 58:14

**caught**
48:25 65:15

**Cedric**
26:19 28:17



**cell**
46:17,19

**chair**
50:20

**Chelsea**
6:4

**children**
20:21

**Chiquay**
35:6

**circumstances**
9:17 31:13

**City**
5:13,25 14:23,24
17:24 18:2,5,9,10
30:1,5 32:9,11,13
35:24 43:25 44:3,
18,23 45:9 58:22
63:12

**City's**
58:1,23

**civil**
7:18 33:17,22

**claims**
30:16

**clarify**
26:25 53:20 54:2
55:25 56:13 62:5

**clarifying**
21:20

**clean**
44:25

**cleanup**
46:13,19,21

**clear**
15:6 61:8

**client**
58:7

**college**
21:18,22,25 22:3

**Collins**
34:21,25

**color**
45:4

**come**
24:21 42:14

**coming**
39:7 44:25 46:13

**common**
9:16

**Community**
22:2

**compensation**
33:14,19

**complaint**
15:25 30:16 49:5

**compound**
40:9 44:14

**conclude**
61:18

**concluded**
66:3

**conclusion**
57:12

**confirm**
8:3,7

**Conrad**
35:6

**contaminated**
49:9,11,13,14,15,
16 50:11

**conversation**
8:16

**conversations**
27:23

**convictions**
29:16,19 30:11

**Cooper-**
5:11

**cops**
32:21

**copy**
57:25

**Corey**
25:17 28:15

**Cornelius**
25:22 28:16

**correct**
11:6,21 12:9 14:18
17:13,18 18:3
20:19 23:12 27:15
33:23 34:12 36:22
44:4,7 46:15 48:13
53:2 55:2,5 59:22

**correctly**
59:17

**could**
6:21 10:4,6 11:23
13:5 14:14 15:16
16:15 17:4 20:4
27:25 29:8,18 34:7
38:8 44:1 63:8

**counsel**
9:3,7 37:21

**Counsels**
5:20

**course**
57:14

**Court**
5:7,14,18,19 7:3
8:1,5 12:1,3,22,25
24:7,9,22 25:6,11
26:24 27:21 28:5,
10,21 33:8 41:7,13
42:23 43:1,6 49:15
50:16,18 51:22

52:25 53:3,20
55:25 56:3,8 58:15
60:9 62:22 63:17,
20 65:16,24 66:2

**cover**
8:11

**criminal**
7:18,20 8:8

**cross**
63:7

**current**
5:16

**CV-21939-BB**
5:14

**D**

**date**
5:8 6:24 45:23
48:3

**daughter**
20:24

**day**
17:5,7 43:23 44:24
45:24 46:4 47:9,
10,20,21 48:15,18
55:15

**Defendant**
7:23 8:8 58:22
63:12

**Defendant's**
58:25

**Delrico**
20:13

**denture**
44:9,16 45:23
52:12,19

**dentures**
43:24 48:3,18
53:7,12,24 54:20

55:5

**department**
14:23,24 17:13,23
18:10 20:9 34:11
36:21 37:12 38:9,
12,25 39:4,25
40:5,16,19 43:23
56:15

**departments**
18:8

**deposed**
7:13

**deposition**
5:1,10 6:18 8:11,
13,15 9:16 10:9
22:10,12,25 23:11
25:10 28:9 31:2
42:13 43:5 58:24
63:3 65:9 66:3,4

**Deputy**
6:1

**Dericho**
20:13,14,15,25
25:17,22 26:1,5
28:15,16 50:23
51:23 52:1 53:7,16
54:20 56:13

**describe**
17:5

**description**
34:7

**determine**
64:19

**didn't**
24:12 29:8 41:5,8,
9,10,20 55:16
58:13

**difference**
11:2,5

**different**
23:3 28:14 38:10,

20 40:10 52:23
53:1,4

**dignity**
31:12

**DIRECT**
6:6

**directed**
59:12

**disagree**
61:7 62:7

**disagreeing**
61:11

**discard**
38:12 41:21 44:12

**discarded**
14:19 34:11 38:4
39:13,16,19 41:17,
22,25 43:23 44:3,
11 48:4,10,18
52:13,20 54:20

**discarding**
44:18

**discussion**
25:8 28:7 43:3
63:1

**District**
5:14,15

**dive**
6:21

**do-**
48:20

**document**
46:19 60:1 61:5,9
64:24

**documents**
23:5 64:22

**doesn't**
35:7,9 58:8 64:1

**don't**
7:8 8:25 10:21
11:18,19 16:2 17:6
27:22 31:25 32:10
33:22 35:8 36:10,
20 39:12,15,20
44:13,14,16 48:20
54:10 55:1,7 57:1,
8,10 59:24 60:14,
15,23,25 61:4,18
62:1 63:7,22 65:7,
11,17

**Donald**
26:10,11,13 28:16

**done**
30:12 60:19 61:22

**down**
10:22 45:17 59:16

**downtown**
22:5

**Drive**
12:20 13:3

**drugs**
11:16,20,22 12:9,
10 48:5 55:13

**duly**
5:6

**dumb**
10:21 32:19

**Dunn**
6:4

**during**
15:2

---

## E

**each**
8:14

**earlier**
17:2 34:1 43:10,14

44:2 48:15

**early**
43:17

**easy**
6:13

**education**
21:17,21

**either**
6:10 24:13

**elapsed**
57:17

**else**
16:22

**employees**
18:5 36:14

**enforce**
33:7

**entered**
58:25

**entire**
23:16

**entirely**
23:12

**etiquette**
8:12

**event**
18:13

**every**
64:24

**everything**
43:25

**exact**
9:5

**exactly**
8:22 32:10 62:8

**EXAMINATION**
6:6

**Exhibit**
58:24,25

**expediency**
30:14

**explained**
6:20

**extremely**
9:17

_____

**F**
_____

**Facebook**
47:14

**fair**
16:2 32:8,20 36:20
39:11

**falling**
39:8 42:6 47:24
48:1,2

**familiar**
18:14 31:25 32:2
35:18,24 44:21
58:19

**families**
57:23

**fan**
32:21

**favor**
50:25

**February**
53:19,22

**feeling**
8:13

**fell**
15:23,24

**fellow**
42:2

**few**
29:13

**field**
18:20

**fifth**
39:22

**figure**
54:8

**final**
63:13

**fine**
52:16 61:16 65:7

**finger**
58:11

**first**
5:5 38:4,8,13,20
40:15 41:22 43:24
44:17,20 58:22
63:13

**five**
23:22,24 24:3,17
25:20,21 27:25
29:19,20 32:17
61:19

**Florida**
5:15,17 12:12
23:15,16 59:15

**fold**
62:17

**follows**
5:6

**food**
9:12,20 10:3 21:8,
14 49:21

**form**
7:8 17:6 18:22
22:13 52:15 54:11
56:16 60:17

**forth**
24:1 65:12

**four**
13:14,15 37:14,15,

16,17,25 38:2,3
40:1,4,9 44:3,6

**fourth**
39:19,21,23,24
40:25

**frequent**
10:2,8,12 31:8

**fresh**
38:24

**friend**
28:4

**from**
11:25 13:25 18:2,5
24:6,10 43:14
65:20

**Fuller**
26:8 28:16

**furniture**
50:2

**further**
65:19,20

_____

**G**
_____

**gave**
46:23 47:1 64:24

**Geoffrey**
59:16

**gestures**
8:20

**get**
7:2 8:1 10:8,20
12:23 24:7,11,12,
22 30:15,23 31:4,
5,9,14,17 50:7
55:9 57:23 61:1,2

**give**
10:2,16 34:7 46:23
47:5,8 63:8 64:22

**giving**
30:24 57:7,18

**go**
10:22 24:1 25:3
42:23 62:22

**going**
6:17 8:3,13,19 9:5,
14,17 10:12 15:21
27:22 30:8,10 31:8
32:5 35:12 43:21
54:12 56:24 57:25
59:5 61:6,13,17
62:7,9

**gone**
25:14,17,21 26:1,
7,10,16,19 27:8

**good**
5:22 6:8 17:9 65:6,
21,23

**Google**
47:16

**grateful**
65:11

**Great**
43:16

**green**
18:11,12,14,16,18
19:1,2,3,8,12 34:1,
4 36:9

**guess**
33:2

**Guys**
36:3

_____

**H**
_____

**had**
9:25 17:25 18:18
19:1 29:1,3 33:14,
19 41:16,22,25
43:25 44:3,17



48:20 53:8,16
55:12 64:11,15
65:10

**happened**
15:7 16:4 17:5
53:17,18,21,24
54:21,22 55:6

**happening**
6:19

**happy**
6:14 9:2,23 40:11

**Harlem**
24:6,10,11

**has**
6:20 18:25 35:13
57:16,17 59:16
63:6,13 66:5

**have**
5:25 6:3 7:6,11,13
8:12,14,19 9:8,9
11:5 12:17 16:18
19:1,6,15 20:16,21
23:16 24:16,18
25:14,17,21 26:1,
7,16,19 28:18
29:10,16,19,21
30:1 31:2 32:5,8,
13,20 33:14 34:19
35:13 36:6,9,13,24
39:6 41:14 44:13
45:3 46:17 49:23,
25 50:2,3,20 54:10
55:7 58:8 59:25
60:3,10 62:1 65:12

**having**
5:5 64:12

**he**
9:4,5,8,9 26:25
30:24 35:9,13 37:3
42:5,6,15 47:24
51:12 53:1 54:7,9
57:3,4,9,10 58:8

61:13,21 62:6,8
63:6,7,17,20 64:1,
2,3,6,9,13,14,18,
19,24

**he's**
51:13 64:6

**head**
62:13,15

**heard**
24:12 33:12 53:3

**Hearn**
59:16

**heart**
30:15 31:5

**Heat**
35:18,25 36:2,6,9,
13

**held**
25:8 28:7 43:3
63:1 65:4

**help**
9:5 20:4,25 21:10
42:19 51:2 53:6
62:25

**helps**
21:8,13 40:13

**Henry**
25:15

**her**
20:16,17,18,21
52:4,7,14,21

**here**
5:10 10:16,23
24:19 56:22 57:5,6
58:4,21 59:19
60:19 61:1 62:25
63:5 65:13,18

**highest**
21:16,20

**him**
30:17,24 37:22
54:11 55:15,16
57:4,6,7,18 61:19

**his**
30:11 57:19 59:12
61:23 64:6,7

**hold**
10:22 58:2,8 65:11

**holding**
58:7

**home**
57:23

**homeless**
15:2 16:6,7,8,11
19:4,5,7,9,13,16,
17,19 20:19 42:2

**hope**
65:11

**hospital**
13:18,19,21,22,23
14:1,2

**hour**
42:19

**hour-and-a-half**
57:15

**hours**
23:9 43:11 46:6

**house**
13:10 37:10

**Huh**
14:7

**human**
36:22

---

**I**

**I'LL**
6:12 13:9 16:5
33:11 40:12 50:5

52:14 58:6

**I'M**
6:14,17,19 8:1 9:1,
2,3,17,22 10:15,
22,25 11:19,24
14:18 15:21 22:17,
19 24:22 26:24
27:21 28:21 30:8,
18,21,23,24,25
31:3,7,8,11,16
32:4,6,22 35:11,
12,23 40:4,11 41:6
43:21 48:25 50:4,
16 52:25 54:8,12
55:4,11 57:7,11,
17,25 58:6,7,23
59:5 60:5,9,25
61:6,8,11,13,17
62:3,9,15 63:5
64:4,11 65:6,15

**I'VE**
20:17 31:22 32:11
51:9,14 57:15 58:4
60:9

**icloud**
47:16

**idea**
64:11,15

**in**
5:11 7:17,21,23
8:8,13 9:6 12:12,
16 13:10,13,22,23
15:7,12,19,25
16:4,5 17:15,17,20
23:3,8,15,16,19,
22,23,24,25 24:3,
5,9,10,16,17,20,
21,23 25:2,20
28:19,23 29:2,11
32:4,16 34:10
36:21,24,25 37:1,7
38:13,24 44:9
45:3,10 48:10
49:5,21,23,25

50:3,12,21 54:15
55:11 58:1 64:18

**incident**
10:1 15:25 30:22
34:10 44:10,16
45:24 52:12,19,22
53:12 55:5,12
56:13,14

**incidents**
40:10 44:11

**influence**
11:8,16 12:7 48:4

**ink**
45:17

**instead**
22:16

**intend**
8:22

**intention**
61:19

**interacted**
34:5 35:13,14
44:18

**interactions**
19:1,2 56:14

**intern**
6:1

**interrogatories**
55:19 56:11 58:1,
23 59:9,11 61:20
63:13

**interrogatory**
55:21

**interrupt**
27:22

**into**
6:18 10:20 52:8
59:1

**introduce**

5:20

**introducing**
58:23

**introduction**
6:17

**island**
24:11

**issue**
22:14 52:17 53:23

**issues**
64:12

**it's**
7:2 8:16 9:16
10:15 22:18 30:11
31:13 40:8 45:2
50:10 51:19 56:24
57:8,9 61:22 62:9
65:13,17

**itself**
61:24

---

## J

**Jabon**
26:1 28:16

**January**
54:4

**Jeffrey**
26:7 28:16

**Jerome**
26:5

**job**
10:25 18:19

**Jocelyn**
6:5 59:16

**Jody**
6:4

**Joe**
6:9,10

**joining**
6:3

**Jones**
6:2 26:10,11 28:17

**Joseph**
5:1,4,10,12 6:23
51:4 59:4,12

**July**
5:2,8 59:20

**just**
7:25 8:7 10:15,22,
25 15:6 22:15,16,
17,19 26:24 28:1
30:8,9,13,15,18,
21,24 35:12 38:23
40:10 42:4 43:9,13
44:12 47:23 53:6,
20 54:2,8,11,12
55:8,9,25 56:8,13,
21,25 57:11,14,17,
22 58:6,7 59:17
60:5 61:8,23 62:3,
5,9 63:5,8 64:2,3,
18 65:13,24

---

## K

**keep**
38:24 50:7

**Keith**
26:19 28:17

**Kendall**
22:4,6,7

**kept**
29:13 50:14,16,17,
22

**Kevin**
6:1

**Khadija**
56:12

**kind**
6:18 22:18 31:1
39:7 40:8 44:23
47:14 50:20

**kindness**
31:12

**knew**
33:21 36:19

**know**
7:8 9:1,4,13,25
10:19 11:4 12:13
13:9,10,12 14:3
15:9,14,19 16:5
17:6,22 18:8,25
20:12 21:25 25:1
27:22 31:3,25
32:19,21 36:8,10,
12,16,20,23 37:11,
21 41:3 42:5,18
44:9 48:20 50:10
51:9,12,14 53:18,
21 55:6,21 60:23
61:18 63:7 64:3
65:6,9,11

**knowledge**
18:21 21:4

**known**
20:16,17 51:9,13,
14

---

## L

**lady**
62:19

**landmarks**
16:18

**last**
23:8 28:13 29:13
30:4 32:17 39:21
41:11 60:21 62:10
63:11



**Latoyla**
5:11

**laughing**
65:4

**law**
33:6,7,9

**lawsuit**
14:4

**lawsuits**
33:17

**least**
37:14,16,17 44:2
56:25

**leeway**
10:16

**left**
14:6,8 55:7

**Leighton**
35:16

**lenient**
9:17

**less**
29:19,23,24 32:3
37:24 57:15

**lessen**
30:14

**let's**
39:3 43:22 44:12
65:23

**level**
21:16,20

**Levy**
5:12

**lie**
11:2 63:23 64:1

**list**
10:22

**Litigation**

6:1

**little**
6:12 10:16 15:22
17:12 39:8 42:6,7,
10 43:17

**live**
13:21 15:4 16:24
23:19,23,25 24:5

**lived**
13:22,25 14:2 15:5
23:22,24 24:3,5,9,
10,16,17,19,20,23

**living**
16:11

**location**
5:16 16:12 38:19,
20 39:5,15,18

**locations**
16:15

**lodges**
9:9

**long**
9:22 10:2,8 13:23
20:16 24:16,18
47:7 51:9,13,14,19
52:13

**look**
19:7,8,12,15,17,18
23:5 52:23 53:1,4
58:19

**looked**
34:14

**losing**
53:7

**lost**
48:18 53:12

**lot**
18:7 29:12 30:20
65:10

**louder**
6:12

**loudly**
6:13

**love**
19:20,21,24 20:1,5

---

## M

**M-O-R-I-T-Z**
13:7

**ma'am**
7:4

**made**
57:4

**magic**
65:1

**main**
16:16 30:21

**make**
9:14 10:4,6,8 19:7
22:15,19 28:1 30:8
44:14

**making**
8:11,21 65:8

**Man**
65:14

**many**
8:14 13:12 16:6
27:17 28:18 29:4,
18 37:12 45:20,24

**March**
6:25 7:3

**Marine**
13:3

**math**
21:24

**matter**
5:11 31:6 57:8

**mattress**
49:23

**maximum**
55:10

**may**
8:21 9:4,18 10:20
11:9 22:14 31:2
32:20 39:6

**maybe**
9:5 26:23 27:18
30:11 35:13 39:23
42:6,12,14,16 58:2

**Mclean**
35:16

**me**
6:10,11,13,14 9:1,
5,8,13,19 10:2,7,
11,16,22 11:1,14,
24 12:6,15 14:3,
14,18 15:16,18
16:15 17:11 20:4
23:2 29:5,8 30:6
33:25 34:7,9,24
35:23 38:3,8,10,23
40:3,21 43:13
44:15 46:20 47:20
48:16 50:6,25
51:2,13,17,20
53:6,10,18 54:17
55:8 57:22 58:20
59:6 62:17 63:8
64:21 65:12,16

**mean**
17:11 18:17 21:10
24:3 34:25 35:4,7,
9 36:16 40:9 49:11
56:14 57:4 61:18
62:20

**means**
18:18 49:13,15

**meant**
21:13,19



**medical**
9:25 21:1

**medication**
11:24

**medications**
11:8,19,20

**memory**
30:11

**met**
20:18

**Miami**
5:13,17,25 12:12,
16,17 14:23,24
16:19,20 17:12,22,
24 18:2,9,10 20:9
23:15,16,25 24:16,
18,21,24 25:1,2
30:2,5 32:9,12,13
34:11 37:11 38:9,
12,25 39:4,24
40:4,15,18 43:23
56:14 59:15

**Miami's**
35:24 58:22 63:12

**Miami-dade**
22:2

**Michelle**
5:18

**might**
42:19

**minds**
38:24

**minute**
25:4 28:1 51:21
63:15

**minutes**
56:25

**missed**
41:11 51:11

**Mission**
16:19,20

**misunderstandin
g**
50:8

**moment**
7:1 12:4 38:5
42:10 56:20

**momentarily**
39:6

**month**
15:9,11,14,16,19,
23,24 53:19,25
54:3,14,21,22
55:12,16

**months**
10:1 13:12,14,15

**more**
11:23 15:22 29:6,
9,10,19,20,21,22
30:9 32:2 38:1
62:1

**morning**
5:22 6:8 43:14
48:17,19 55:2,4,6

**most**
32:3 57:16

**move**
13:9 16:5,13 23:25
30:21 32:6 39:3
40:12 50:5 51:2,5,
7

**moved**
16:14 24:6,10 51:6
52:8

**moving**
45:12 62:13,15

**Ms.ruthie**
62:21

**much**
9:25 20:3 30:24
31:12,21 43:22
49:2,3 52:21 55:7,
10 57:16 62:1
64:16

**my**
6:12,23 9:2,4,8
10:25 14:16,17,19
20:24 35:11 47:4
50:6,14,16,17,22
51:20 58:11 59:4
60:21 61:10 62:15
64:24 65:4

---

**N**

**name**
6:21,23 20:12
21:25 24:12 25:14,
17,22 26:1,7,10,16
27:8,12 29:6,10
34:21,24 35:3,7,9
37:9 41:24 59:3,4,
8,12

**names**
28:14,18 29:1,5,12
33:25 34:4,17
36:21

**near**
16:24

**need**
6:11 9:12,18 12:2
38:5 55:9 62:25

**needs**
30:25

**neighbors**
46:13

**neither**
65:16,18

**never**
33:21 36:19 37:3

45:6,13 54:7 60:9

**New**
23:19,22,23,24
24:1,3,5,9,17,20,
23

**next**
47:9,10

**nickname**
7:9

**nicknames**
7:6

**night**
48:7

**no**
7:7,12,22 9:24
11:10,17,19,20,22,
24 12:8,9,10 20:6
22:20,22 23:7,10
24:2 25:16 26:9,18
33:3,16,18,24
34:3,6,9,16,18,20
35:2,5,7,17 36:5,
11,15,19 39:10,14,
17,20 40:2,7,17,
20,24 41:2 42:1,8,
11 45:5,8,16,19
46:5,7,9,14 47:15,
25 48:1,6,8,14
49:19,22 52:9 54:6
55:3 58:20 59:25
60:11 62:8,9,12,24
63:8,14 64:11,15
65:19,20

**nods**
8:20

**none**
11:11 47:18

**nor**
65:18

**North**
12:16



**Northwest**
16:23

**not**
8:1,13,21 9:1,4,7,
10,16 11:15,19,24
12:7,8,25 13:11
15:8,24 19:15,24
20:2 24:11,22
32:4,21,22 35:13,
23,25 36:8,12,23
41:14 48:2,13,25
49:8,10,11 50:4,
10,11 55:9,11
56:19 60:6,19,23
61:6,10,11 62:3,7,
9 64:4,19 65:15

**notice**
45:7

**notices**
44:21,23 45:10,12,
15,18,20,24 46:1,
15

**now**
5:7 6:19 10:19
11:4 12:14 13:9,10
14:9 15:23 16:17
30:10 36:25 37:2,
4,7 38:6 53:4,9
57:10 61:18,19
63:15

**number**
5:13 34:19 59:8
63:11

---

**O**

**object**
7:8 9:3 17:6 18:21
22:13 32:23 37:3
52:15 54:11 56:16
60:16

**objecting**
57:20

**objection**
9:9 17:9 18:22
22:20 40:8

**objections**
57:20

**observing**
5:25

**obvious**
30:14

**obviously**
31:1

**October**
16:3

**off**
16:8,10 25:3,6,8
28:5,7 42:23 43:1,
3 45:18 62:22 63:1

**officer**
30:2,5 32:9,14

**officers**
33:2 34:14 36:7

**official**
59:10

**officials**
39:25

**oh**
11:20 13:25 20:7,
15 21:19,23 22:19
29:18 33:10 37:1
51:21 52:24 58:17
63:19 64:8,21

**okay**
6:11,15,24 7:2,6,
13,18,21,25 8:5,
10,19 9:12 10:7,
11,24 11:4,11
12:4,9,11,13,21
13:1,9,12,17,21
14:3,11 15:2,6,18
16:2,5,8,11,16,24
17:22 18:19 20:3,

12,18 21:6,23
22:4,7,23 23:14,21
24:14 26:7,19
27:12,25 28:20
29:1,18 30:1 31:7,
9,10,14,18,24
32:16,19 33:4,17,
22 35:18 36:2,6,
13,20,24 37:9,11
38:3,6,8,11,19
39:11,21,24 41:9,
14 42:22 43:6,16,
21 44:2,6,21 45:3,
6,9,20,23 46:1,4,
10,12,17 47:1,7,
10,13,19 48:2,9,
12,15 49:8,11,18
50:3,5,10,15,20,23
51:8,22 52:7 53:6,
9,11 54:14,18,22
55:1,21,23 56:8,
11,17 58:6,13,17,
21 59:5,7,19,25
60:4,8,12 61:3,8
62:16 63:10 64:12,
18,25 65:19,24

**old**
20:23,24

**on**
5:7,23,24 6:5 13:9
15:5 16:6,8,10,11,
17 18:18,19 22:20
23:12 25:11 28:10
30:15,21 31:16
34:10 39:3 43:6,22
45:20,23 46:12,15
47:14,19 48:2,17,
18 50:5 53:18,21,
24 54:25 55:12
56:24 59:19,20

**one**
6:10 7:1 11:1,23
12:4 14:24 15:22
17:17 20:22 22:5,
15 28:13 29:6,9,10

30:9 32:19 37:14,
15,16 38:20 53:9
62:10 63:11

**one-by-one**
44:12

**one-hour**
42:19

**only**
44:6

**opportunities**
57:19

**order**
64:19

**organize**
50:12

**other**
8:15 18:5 22:9,11,
16 29:4 33:17
44:11 45:3 50:2,11

**our**
5:16 38:24 57:23

**out**
14:17 19:7,8,12,
16,17,18 36:17
54:8 57:11 61:1
63:5

**outside**
27:23

**over**
8:14 27:14 28:15
29:13 40:3 45:14
54:25

**overbroad**
44:15

**Overtown**
28:19,24 29:2,11

**owned**
43:25

Universal
COURT
REPORTING
Clear Value. Every Case.

**P**

**p.m.**
43:7 66:3
**page**
31:16 56:6 59:19
63:11,13
**paper**
44:24
**paragraph**
55:24 56:4,5,7,9
**Pardon**
10:5
**part**
41:11 60:15
**particular**
8:13 9:15 17:17
**party**
59:11
**passed**
52:21
**past**
31:4
**patience**
31:12
**patient**
31:22 57:17
**paused**
43:17
**pauses**
65:10
**pay**
20:25
**paying**
21:3
**pays**
21:10,14

**people**
8:15 18:7 19:3
36:17
**perfect**
9:1
**perfectly**
9:23
**person**
9:1 41:24 42:2
59:9
**person's**
59:10
**personally**
32:2
**Phillip**
5:12
**phone**
28:1,4 46:17,20,21
47:2,4,5
**photos**
47:13,16
**physical**
34:8
**pick**
27:23
**piece**
44:24
**Plaintiffs**
5:23 6:5
**Plaintiffs'**
58:21 63:12
**play**
36:3
**please**
5:20 6:21 8:23 9:1,
13 10:16,21 15:16
**point**
6:11 30:13 57:2

**pointing**
57:11 58:11
**police**
14:23,24 17:12,22
18:10 20:9 30:2,5
32:9,12,14 33:2
34:11 36:6,21
37:12 38:9,12,25
39:4,25 40:4,15,18
43:23 48:20,22
56:15
**position**
59:10
**possible**
55:10,11
**post**
45:9 47:13
**power**
43:21
**prefer**
6:9
**prepare**
22:10,12,17,25
23:1
**prepared**
56:11
**preparing**
55:18
**present**
18:6,8,11,14
**presumably**
30:17
**prior**
29:16,19
**privilege**
22:20
**probably**
6:13 51:18 54:25
56:23

**problem**
9:24 44:14
**problems**
8:14 64:7
**process**
6:18
**productive**
57:1
**property**
14:16,19 15:11
17:13,23 34:11,12
37:12,13 38:4,9,
13,25 39:5,13,16,
25 40:5,16,19,23
41:1,3,16,21,22,25
43:24 44:3,10,19
48:4,9,13,17 49:8,
18,20 50:12 52:13,
20 53:8,13
**provide**
8:17

**Q**

**question**
9:1 11:14 15:21
23:3 29:9 30:25
32:24 38:10,23
40:9 44:15 51:21
60:22 61:10
**questions**
8:16,20 9:4,8
10:21 11:1 30:17,
22 31:2,5 32:20
61:22 63:5 65:2,
19,20
**quick**
28:1
**quickly**
32:7 43:22 57:12,
22


Universal
COURT REPORTING
Clear Value. Every Case.

quieter
6:14
quite
29:8 58:13

R

raised
28:19,23 29:11
read
49:5 51:20 59:5
64:14
reading
59:17 65:25 66:4
really
13:11 30:23 31:21
32:5 55:8 56:22
62:1 64:4,6,9 65:8,
10
reason
19:15 29:4,5,10
33:4 62:6
recall
33:22 45:21 56:19
recess
43:10
recollection
17:4 23:12 33:20
34:22 59:25
record
5:7,21 6:22 25:3,6,
9,11 26:25 27:22
28:5,8,10 42:5,24
43:1,4,7,9 47:24
53:21 56:1,21
57:11,15 59:1
62:23 63:2 65:3,25
recorders
27:24
recover

55:10
refer
8:12
referring
36:4
reflect
42:5 43:9 47:24
56:21 65:3
refresh
33:20 34:22
relationship
59:11
relied
46:15
rely
46:12
remember
15:23 16:3,22
29:21 30:4 32:10,
11 33:25 34:2,4,9,
14,17 35:8 39:12,
15,18 41:24 43:13,
16 44:1,6,17 47:21
48:16,19 49:9
51:21 52:12 53:13
54:2,19,24 55:1,18
56:12 59:23,24
60:6,7,11,14,15,22
61:4,9,12 62:12
63:9,14,22 64:4,23
repay
56:4
repeat
11:23 41:6 58:13
rephrase
9:2,6 29:5 52:16
replied
55:22,24 56:4,6
Reporter
5:7,18 7:3 8:1,5

12:1,3,22,25 24:7,
9,22 25:6,11 26:24
27:21 28:5,10,21
33:8 41:7,13 42:23
43:1,6 49:15
50:16,18 51:22
52:25 53:3,20
55:25 56:3,8 58:15
60:9 62:22 63:17,
20 65:16,24 66:2
Reporting
5:19
requires
10:25
Rescue
16:19,20
resided
23:16
residence
13:13 21:3 52:8
respect
19:19,21,24 20:1,5
respond
47:21 57:18
response
58:1,22 63:12
responsibility
19:4,6
rest
38:5 55:10 61:2
restroom
9:13,20
resumed
25:10 28:9 43:5
63:3
right
6:16,19 7:13 10:19
12:14 13:10,19
14:1,8,20 15:23
16:23 27:3,5 28:13

37:2,4,5,7,22 38:6
44:12 46:17 58:4,
5,10,21 59:3,13
61:10 62:8 63:6
river
24:12
Rivers
5:12
Ronnie
27:8 28:17
Ruth
62:20,25

S

Sadana
26:16
said
14:19 17:2,12 18:2
19:8,12,22,25
20:10 21:13 26:25
27:3 30:18 33:7
34:11,21,24 35:3,9
37:3,11,21 41:20
44:2 48:9,23 49:8
50:10 53:1,4 54:7,
9 62:6,8 63:17,20
64:1,2
sake
30:14
same
11:14 16:12 31:16
38:19
saw
41:12 46:2,10 60:2
say
13:3 16:2,6 18:16
19:15 22:16 28:23
32:8,20 36:16,20
39:11 40:3 41:12
48:25 56:3 58:10



60:4 61:13 62:13
64:18 65:1

**saying**
14:18 29:2 37:1
45:6 48:22 56:12
57:3

**says**
58:21 59:6,19,21,
22 61:22

**Schnably**
6:4

**school**
21:18

**science**
21:24

**second**
38:17,24 39:12
40:18 62:23

**see**
18:20 30:6 31:11
34:9 39:24 40:5,
15,18,22,25 41:5,
8,9,10,20 42:15
43:22 45:12,14,17,
24 46:4,6,8 53:19
55:8 57:1 58:12,15
60:23,25 63:15,16,
18,20,21 64:9,18
65:23

**seeing**
59:24 60:1,6,7,11

**seems**
15:22

**seen**
45:3,6 60:3,5,10

**send**
47:2,4

**September**
16:3

**services**

36:22

**several**
10:1

**severe**
32:3,4

**she**
20:23 21:3,8,13,18

**shelter**
36:24,25 37:2,4,7,
9

**Sherman**
5:12

**shirts**
18:11,12,14,16,18
19:1,2,3,4,8,12
34:1,4 36:9

**short**
25:8 28:7 43:3
63:1

**should**
42:12

**show**
19:19,21,24 20:1,5
57:25

**sidewalk**
15:5 16:12

**Siegel**
6:4

**signature**
61:23

**signed**
59:20 64:19

**signing**
59:23 60:14,22
61:5,9,12 62:12
63:9,14,22 66:4

**Simmons**
5:1,4,11,13,23 6:8,
9,10,23 15:21

22:10 23:14 25:14
26:20 27:8 28:13,
17 30:15 38:4
39:7,8 41:20 42:5,
20 43:11,13 47:23,
25 50:13,21 55:18
56:22 57:25 59:4,
12 64:20

**simplify**
22:18

**sir**
7:12 8:18,24 9:11,
18,21 10:10,14
31:22 43:15,18,20
44:5,8 48:6 49:19
61:2

**sitting**
57:5,6

**situation**
9:15 32:4 44:13

**social**
21:24

**solid**
36:13,16,21

**some**
6:17 9:3,14 16:15
28:14 57:21 61:2
62:25 65:12

**somebody**
41:16,21 45:12

**someone**
32:3,4

**something**
15:7 48:20,21,23,
24 62:14

**sometimes**
8:12,15 19:18
46:12

**sorry**
8:1 15:24 21:19
22:11 24:22 26:24

27:21 28:21 32:5
40:4 41:6 50:16
52:25 60:9 64:11

**sounds**
8:21

**South**
12:16

**Southern**
5:14

**speak**
6:12,13,14 23:8
32:3 52:1

**speaking**
22:9,11 57:20

**speaks**
61:23

**spell**
13:5

**spoke**
27:14 52:4 56:12

**spring**
49:25

**standard**
31:1,5

**state**
6:21 23:19

**States**
5:14

**stay**
16:12 36:25

**stayed**
36:24

**Steven**
6:4 27:12,15 28:17

**stipulate**
27:5

**stop**
11:24



**stopped**
43:10,17

**street**
5:16 13:22,24,25
14:2 16:16,17,18
54:25 59:15

**stress**
55:11

**strike**
64:21

**stroke**
32:1

**struggling**
56:22

**studied**
21:24

**studies**
21:24

**study**
21:23

**stuff**
10:20 14:16,17,19
50:6,14,17,18,22

**stupid**
48:21,23

**suggesting**
30:21 31:4

**suggestion**
30:9

**supposed**
19:6,10,11,12,17,
18,19,21,25 20:2,4

**sure**
6:19 8:11 9:3
18:23 19:7 22:20
23:5 32:25 33:11
41:14 44:14 48:25
50:4 51:1,3,17
53:10 58:19 65:15

**sworn**
5:6

**Sylverin**
5:12

---

**T**

**take**
9:12,22 12:16
15:20 27:25 31:8
33:11 36:11,17
38:5,20 39:6 41:19
42:2,12 46:20
47:2,7,20,21 57:19
61:14,16 65:10

**taken**
57:15,16

**taking**
42:18 57:21

**talk**
8:10 50:23 51:22
52:7

**talked**
28:14 34:1 40:3

**talking**
8:14 15:6 35:23
55:4

**Teaching**
21:18

**team**
35:18,25 36:2,4,6,
9,13

**tell**
8:15 11:5 14:14
15:16 16:15 38:3,8
41:16 46:13 51:17
52:14 53:7,16
58:20 59:5

**telling**
15:18 44:24

**tells**
9:7,9

**temporary**
37:1,3

**tent**
49:21,23,25 50:3,
13,21

**test**
30:11

**testified**
5:6 8:7

**testify**
11:9,12 54:10

**than**
22:9,11,16 29:6,
10,19,20,21,22,23,
24 37:24 38:20
50:11 57:15

**thank**
8:25 9:25 10:17
12:11 15:18 17:8
20:3,7,15 21:16,19
24:18 31:21,24
33:10,11 35:11
37:19,24 38:22
55:16 62:2 64:15

**that**
6:12,14,18 7:2,16,
18,21,23 8:2,3,8,
17 9:10,16,19,23
10:2,7,11,21,22
11:4,11,15,23,24
12:6,7,19,23 13:5,
7,15,19 14:1,4,6,8,
20,25 15:2,4,7,16,
19 16:22 17:1,5,9,
11,12,15,17,20,23
18:6,16,18,19 20:5
21:11,13,14 22:11,
20 24:8,23 25:19,
24 26:3,6,12,14,22
27:6,10,12,14,15,

17 28:23 29:2,5,8,
9,10 30:6,7,10,12,
13,15,16,21 31:2,
4,5,15,22 32:5,20
33:11,20,21 34:2,
10,21,24,25 35:3,
8,13 36:8,11,12,
17,19,23 37:1,17
38:15,19,24 40:3,
4,21 41:6,11,14,
20,22,24 43:12,16,
19,23,24 44:1,3,4,
17,20 45:24 46:1,
13,20 47:17,18,19,
20,25 48:5,15,16,
17,19,24,25 49:1,
9,13,16,21 50:21
51:4,5,11 52:9,10,
21 53:2,8,9,14,16,
19,24,25 54:3,14,
21,22 55:2,4,6,14,
22,24 56:3,12,22
57:3,11,16,21
58:10,12,13,14,16
59:3,17,21,24
60:14,25 61:10,17
62:19 63:22 64:11,
21 65:12,15

**that'll**
42:16

**that's**
6:19 22:21 31:7
32:6 52:16 53:3
59:4,6,12,22 60:6
61:16 62:7,8 63:11
64:2,4,13,14 65:7

**their**
18:19 34:7,17,19

**them**
18:20 19:19 29:13
40:5,22,25 41:5,8,
9,10,12 45:3 46:4,
6,8,10 47:2,4,5,7,
20



LATOYLA YASHEEN COOPER-LEVY vs CITY OF MIAMI
Simmons, Joseph on 07/26/2023

Page 84

**themselves**
5:20

**then**
20:19 23:25 24:6,
10,12,20,24 41:4
42:13 59:16

**there**
6:21 16:23 18:5
20:16 22:20 29:9
30:24 31:9,17 44:2
46:1 48:13 49:20
55:8 58:10 59:3,17
61:23 63:16,21
65:18

**thereupon**
5:3 25:8 28:7 43:3
58:25 63:1

**these**
9:16 31:1 59:9

**they**
14:16,19,22 15:11
17:15,24,25 18:18
19:3,4,5,7,15,24
20:1,5,8,9 33:5,7,
8,9 37:13 38:17
41:3 44:12,24 45:9
47:2 48:24 49:2,3
50:6,7 61:21

**they're**
19:6,10,11,17,18,
19,21,25 20:2,4
29:20

**thing**
22:15

**things**
28:14 50:8

**think**
7:24 10:21 12:15
27:20 30:12,13,19
39:7 40:3 42:5,18
44:20 53:2 55:7
57:8,9,10,20 59:18

**they**
61:23 62:24 63:6,
17 64:14,25 65:6,
17

**thinking**
17:18

**third**
39:3,16 40:21,22

**this**
5:22 8:10,13 9:15
10:9 13:13 14:3
17:12 21:3 30:9,13
31:12 32:6,19
37:9,10 43:14 49:5
50:24 51:2,23
52:1,4,7,8,14
54:17 55:19 56:13,
14 57:1,2,9,12,22
58:1,19,23,24
59:5,20,23 60:1,
21,22 61:1,5,9,18
62:17 63:9,11,14,
19 64:23

**those**
8:14 10:2,8,12
11:1 16:9,15 34:14
40:1 44:6,9 46:23
47:1 65:1

**though**
54:24 60:14

**three**
27:11 44:11

**threw**
14:25 17:13,23
34:12 37:12 38:9,
25 39:4 40:5 41:3

**through**
10:9 30:10 32:6
35:12 43:21

**throw**
15:11 37:13 38:17
40:16,19,22,25

**throwing**
39:25

**thrown**
14:17 43:25

**time**
5:8 9:20 11:23
12:16 15:2,4,20,22
17:17 20:2 23:17
29:9 30:9,24 36:11
37:14,16 38:4,8,
13,17,21,24 39:3,
4,12,16,19,21,22,
23,24 40:15,18,22,
25 41:19,22 42:3,
16 43:24 44:17,20
46:25 47:21 48:5
51:19 52:21 57:7,
9,16,19,21 62:10

**times**
23:22,24 24:4,17
37:13,14,15,16,17,
24 38:3 40:1,4
44:3,6 61:19

**tired**
9:13 15:23 39:9
42:10 43:12,19
60:23

**today**
6:11 11:9,16 12:11
23:6,9 57:10

**today's**
5:8 10:9 22:10,12,
25 23:11 65:9

**together**
50:6,8,14,17,18,22

**told**
16:4 29:17 33:19
41:19,21,25 52:21
54:19

**took**
14:16,19 43:10
47:19,22 52:13

**torture**
65:7

**totally**
61:4

**transcription**
8:11

**trash**
36:17

**treat**
31:11

**treatment**
21:1

**tree**
15:5

**trucks**
36:18

**truth**
11:2,5,25

**truthfully**
11:12

**try**
9:2,14 11:15 12:6
14:14 17:11 23:2
29:9 34:24 38:10,
23 40:21 43:21
44:15 46:20 47:20
48:16 53:10 54:17
57:22

**trying**
10:15,22,25 22:17,
19 30:19,23 31:11,
17 32:6 35:11
40:12 54:8 55:11
60:4 61:1 62:3,13

**two**
26:23,25 27:3,18,
19,20 63:5 65:2

**two-**
42:18



**two-and-a-half**
43:11

**Tyler**
5:16 59:15

---

**U**

**Udell**
35:3

**uh-huh**
8:21

**Uh-uh**
13:8

**um-hum**
8:21 23:2 26:14
39:2

**under**
9:16 11:8,16,19,24
12:7,8 15:5 17:1
18:13 44:10 48:4
52:19 53:8,13
62:17

**understand**
8:17,25 9:10,19,23
11:1,4 14:4,11
20:3,4 30:10,18
31:15 33:10 52:17
53:6

**Understood**
19:11

**United**
5:14

**Universal**
5:19

**university**
22:1

**unless**
9:7,9 63:6

**unusual**
10:16 31:13

**up**
14:4 27:23 34:1
35:23 40:11,12
44:25 57:21,22
58:2,7,8 61:1

**urging**
57:12

**us**
65:20

**use**
29:4,10 44:23

**used**
27:12 28:15 29:5
46:17 55:12

**uses**
29:12

**using**
29:13 47:10

---

**V**

**verbalize**
8:23

**verbally**
8:20

**verification**
58:10 59:20 61:20
63:14

**verified**
61:22

**video**
46:21 64:22

**videos**
46:24 47:1,3,19,22

**Villalobos**
5:18

**vision**
64:7,12

**Vivian**

34:21,25

---

**W**

**Wait**
63:15

**waiting**
57:18

**waived**
66:5

**waiving**
65:25 66:1,2

**want**
6:14 28:1,4 30:17,
20 33:5,9 42:4,23
43:9 44:13,14
47:23 51:6 55:9
56:21 61:14 62:5,
17 63:15,16,20,21,
22 64:1 65:4,7

**wanted**
51:12

**wants**
63:17

**wasn't**
33:11 48:1 50:11
62:6

**waste**
36:13,16,22

**watching**
57:6

**water**
9:13,20 10:3 21:14

**Waxman**
5:22,23 6:3 7:8
17:6 18:21 22:13,
15,22 25:3 27:4
28:3 30:8 31:3,10,
14,18 32:23 35:9,
20 37:3,18 40:8

42:12,15 51:4,6,8,
9,12 52:15 54:7,9,
12 55:14 56:16,21,
24 57:5,8 58:4
60:11,16,18 61:17
62:17,20,25 64:1,
6,9,13 65:1,19,21,
23 66:1

**way**
9:6 23:3 54:17
55:11

**we**
5:7,10 6:3,20 8:11
12:11,12,13,16,17
13:10 15:6 25:3
28:14 31:4 34:1
38:24 42:14 43:9,
10,16,17 44:13
54:14,15 57:23
60:19 61:16 62:25
65:9

**we'll**
27:5 42:15 64:18
66:1

**we're**
6:19 8:13 9:14
12:20 31:16 41:14
57:5,6 63:16

**we've**
56:24

**wear**
19:3

**week**
46:8

**went**
21:18,22 22:2,6

**were**
7:21,23 8:7 12:22
13:17,19,23 15:2
16:6,8,11 17:1
18:5,6,8,11,14
20:18 23:14 28:23



29:2 30:4 39:1,5,
12,16,18 43:12,19
44:2,25 46:1
47:10,24 48:2,3,4,
15,16,24 49:2,3
54:19 55:1 64:11

**wet**
49:18 50:11,12

**what**
6:18,24 7:9 8:10,
12,15,22 10:25
11:14 13:3 14:3,
11,15 15:9,11,14,
19,23,24 16:17
17:1,5,7,11 18:2,
16,19,25 19:5,22
21:12,16,20 22:14
24:3,11 25:1 26:5
29:2 30:6,7,18,20
31:9,25 33:5,7,8,
11 34:14,23 35:16
36:2 37:9 38:15
39:5,12 41:13
42:12 44:23,24
47:19,21 48:7,16,
23 49:11 50:2,20
53:3,9,19,25 54:2
56:8 58:12,16,20
59:6,8,21,22 60:4
61:18,21 62:8
63:15,16,18,21
64:2,20,22 65:6

**What's**
12:19 55:21

**whatever**
53:19

**when**
7:16 16:11 18:16,
20 21:13 23:23
24:6 25:19,24
26:3,14,22 27:10,
14 30:4 38:17
46:23 47:1,22
48:12 50:23 51:22

52:1,8 53:6,16
54:19 56:11

**where**
8:10,16 12:11,13,
17 13:17,21 15:4
21:23 23:14 32:3,4
34:10 39:15 44:13
48:15 52:13,20
53:12 54:19,24
55:1 58:10 62:19

**whether**
64:19

**which**
11:9 18:8

**white**
45:1,7

**who**
14:22 19:3 35:19,
20 36:3 41:19

**whole**
47:5

**whom**
59:11

**whose**
13:10

**why**
22:21 28:18 29:4,
5,10 31:7 32:6
33:4 64:13,14

**Wiggins**
35:3

**will**
6:13 9:3 51:3 63:7
65:25

**Williams**
27:12,15 28:18

**willing**
31:8

**wiping**
45:17

**with**
5:18 9:18 10:2,7,
11 19:1,2,3,5
20:21 21:8,11
22:9,11 23:8 27:23
31:12,22,25 32:2
34:5 35:13,14,18,
24 37:22 44:18,21
46:19,21 52:1,4
53:24 55:24 56:4,
6,12,14 57:20
59:11 64:7 65:12

**witness**
5:5 7:4,21 50:17
51:5,7,14 53:23
56:6 62:19,21 66:5

**witnesses**
35:12

**word**
65:4

**wording**
9:5

**words**
65:1

**would**
5:20 6:8 10:1,7,11
11:11,15,24 16:6
23:2,25 24:5 29:4
31:21 32:16 33:20
34:21,25 45:9,20
47:4,5,7 58:12,15
62:22

**Wow**
51:19

**wrap**
50:6 57:22 61:1

**writing**
45:14

**wrong**
14:18

**wrongful**
33:14,19

**wrote**
61:21

---

## Y

**Yasheen**
5:11

**yeah**
8:4 12:18 13:6,16,
20 14:5,10,13,21
15:1,10,15 16:19,
21,25 17:3,14,16,
19,21 18:1,4,7
19:14,23 20:11,22
21:2,5,15 22:8,15
23:4,13,18,20
25:18 26:13,21
27:9,13,20 29:15,
25 30:6 31:14,23
32:11,15,18 36:1
37:8,23 38:7,14,16
41:18,23 42:21,25
45:11 46:3,11,16,
18,22 47:6 49:4,7,
24 50:1,9 51:5,7
52:6,11 53:15
54:4,23 55:20 56:2
59:4,14 60:2,7,18
62:3,19,21

**year**
15:18,19 25:1,25
26:4,15 30:6,7
32:10

**years**
16:6,7,9 20:17,24
25:20,21 26:6,23,
25 27:3,11,17,18,
19,20 28:15 29:14
32:17 51:18 52:3,5

**yellow**
45:1,2,10



**yes**
7:4,15,24 8:9,18,
24 9:11,21 10:10,
14 11:3,7,13 12:3
15:3 18:15 20:14,
20 21:7,9 25:23
26:2,12 27:4,15,16
28:3,25 29:17 30:3
34:13 37:18,21
43:15,18,20 44:5,
8,22 47:25 48:11
51:24 62:7,9,12
63:8,14

**York**
23:19,22,23,24
24:1,3,5,10,17,20,
23

**you**
6:8,9,10,11,14,20,
21 7:2,6,11,13,21,
23 8:7,17,22,25
9:4,7,8,9,10,12,18,
19,22,23,25 10:1,
2,7,8,11,17,19,21
11:1,4,5,8,15,18,
23 12:6,11,13,17,
22,24 13:3,5,9,10,
12,17,19,21,23,25
14:3,4,6,8,11,14,
19 15:2,4,9,14,16,
18,19,23 16:2,4,5,
6,8,11,12,13,15,
18,22,24 17:1,2,5,
8,12,22 18:2,8,14,
17,20,25 19:1,8,
11,15,22 20:3,4,7,
9,12,15,16,18,21,
25 21:8,10,16,19,
23,25 22:4,10,12,
16,17,18,25 23:2,
5,8,14,16,19,23,25
24:3,16,18,19
25:1,14,17,21
26:1,7,10,16,19
27:3,8,14 28:18,23

29:1,2,4,5,10,13,
16,17,18,19,21
30:1,4,15,17,20,21
31:5,11,21,22,24
32:5,8,9,13,16,19,
21 33:2,7,10,11,
14,19,22,25 34:1,
4,7,11,14,17,19
35:1,4,12,18,24
36:4,11,16,20,24
37:7,11,19,21,24
38:3,5,6,8,15,20,
22 39:1,5,8,11,12,
15,18,24 40:4,5,
13,15,18,22,25
41:3,6,9,16,19,20,
21,24,25 42:2,5,
12,18,19,23 43:12,
13,16,19,25 44:2,
6,16,17,21,24
45:3,6,12,14,17,
21,24 46:2,4,6,8,
10,12,13,15,17,19,
20,23 47:1,2,5,8,
10,13,19,20,21,22,
24 48:2,4,9,12,15,
16,18,23,25 49:5,
8,9,12,23,25 50:2,
7,10,12,20,23,25
51:2,4,5,6,9,12,14,
20,22 52:1,4,7,8,
12,14,21,23 53:4,
6,7,8,12,13,16,17,
21 54:2,10,19,24
55:1,9,11,12,16,
18,21 56:3,11,12,
19 57:3,12,13,25
58:3,13,19,20
59:5,18,23,25
60:3,4,5,6,14,15,
19,22,23 61:1,4,9,
12,17 62:2,3,12,
13,17,18,20,22
63:8,12,14,15,21,
23,25 64:2,11,12,
14,15,20,22,23

65:1,6,7,8,11,14,
25

**you're**
8:19 9:13 10:12
11:15 12:7 14:18
15:22 17:18 23:11
29:2 30:10,19
31:25 32:21 37:1
39:8 40:9 42:10
48:22 50:3,5 61:9
63:18,21

**you're-**
39:7

**you've**
13:12 28:15 30:12,
19 33:23 34:5 45:6
57:5,19 60:5 61:19

**your**
6:20,21,24 8:22,23
9:3,7,15 10:13
11:9,11 12:16
14:6,8,11,14,15
15:11,20,25 17:4,
13,23 19:1 20:25
21:3,16,20 22:9,
11,17 23:12 30:16
32:4 33:20 34:10,
12,22 36:11 37:12,
13,21 38:4,9,12,
15,21,25 39:4,13,
16,25 40:5,16,19,
22 41:1,3,16,19,
21,22,25 42:3
43:23,24 44:3,10,
18 45:10 46:12,19,
21,24 47:1,2,21
48:3,9,12,17,18
49:8,18,20 50:7,12
52:13,20 53:7,12,
13 54:20 56:11,14
58:1,7 59:3 60:22
61:18 62:13 63:6
64:20,22

**yourself**
21:19 59:12 65:9,
22

---

**Z**

**Zoom**
6:3