UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CV-21939-BLOOM/TORRES

LATOYLA YASHEEN COOPER-LEVY,
PHILLIP SYLVERIN, SHERMAN RIVERS,
*and* JOSEPH SIMMONS,

      *Plaintiffs,*

v.

CITY OF MIAMI,

      *Defendant*.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to S.D. Fla. L.R. 16.4, the Parties have reached a settlement agreement in this case. The Parties are in the process of finalizing the written settlement agreement and will submit it to the Court once executed by the Parties. The Settlement will be contingent on approval by the City Commission. The Parties respectfully request that the trial scheduled to begin on Wednesday, January 24, 2024, be removed from the Court's calendar.

    Respectfully submitted,

    *Attorneys for Plaintiffs:*

    /s/ Jeffrey M. Hearne
    Jeffrey M. Hearne, Fla. Bar No. 512060
    jhearne@legalservicesmiami.org
    Jocelyn Armand, Fla. Bar No.44264
    jarmand@legalservicesmiami.org
    LEGAL SERVICES OF GREATER MIAMI, INC.
    4343 W Flagler Street, Suite 100
    Miami, FL 33134

Tel. / Fax : (305) 438-2403

Stephen Schnably, *Pro Hac Vice* Admission
Professor of Law
schnably@law.miami.edu
University of Miami School of Law
1311 Miller Drive, Law Lib. G472
Coral Gable, FL 33146
Tel: (305) 284-4817
Cooperating Attorney, ACLU of Florida

Jodi Siegel, Fla. Bar No. 511617
Jodi.siegel@southernlegal.org
Chelsea Dunn, Fla. Bar No. 1013541
Chelsea.dunn@southernlegal.org
Daniel Marshall, Fla. Bar No. 617210
Dan.marshall@southernlegal.org
SOUTHERN LEGAL COUNSEL, INC.
1229 NW 12th Avenue
Gainesville, FL 32601
Tel: (352) 271-8890
Fax: (352) 271-8347

Benjamin Waxman, Fla. Bar No. 403237
bwaxman@royblack.com
Benjiwaxman@gmail.com
BLACK SREBNICK P.A.
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131
Tel: 305-371-6421
Fax: 305-358-2006
Cooperating Attorney, ACLU of Florida

Daniel Tilley, Fla. Bar No. 102882
dtilley@aclufl.org
ACLU FOUNDATION OF FLORIDA
4343 West Flagler St., Suite 400,
Miami, FL 33134
Tel: (786) 363-2714

Respectfully submitted,

LYDECKER LLP

*Counsel for Defendant City of Miami*
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone No.: (305) 416-3180
Facsimile No.: (305) 416-3190

By: /s/ *Forrest L. Andrews*
FORREST L. ANDREWS, ESQ.
Fla. Bar No. 17782
Email: fla@lydecker.com
DEBBIE MAKEN, ESQ.
Fla. Bar No. 1017427
Email: dgm@lydecker.com
JOSHUA QUETGLAS, ESQ.
Fla. Bar No.: 1044525
Email: jquetglas@lydecker.com
ASHLEY MORRISON, ESQ.
Fla. Bar No. 112448
   Email: amorrison@lydecker.com